# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

GK PARANDHAMAIA and JAN PARANDHAMAIA

**Plaintiff,**

\*

\*

**v.**

SMITH FARM HOLDINGS, LLC and STEVEN G. SMITH

\*

\*

**Defendant.**

\*

**Case No.** 25-2691

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

■  I certify, as party/counsel in this case that **Smith Farm Holdings, LLC**

(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐  The following corporate affiliations exist with _____:

(name of party)

_____.

(names of affiliates)

☐  The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.

(names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

Disclosure of Corporate Interest

■ In a case based on diversity jurisdiction, the following is a list of all members of

Smith Farm Holdings, LLC
_____ and their states of citizenship:
(name of LLC party)

Steven G. Smith                          Florida
_____                _____
(name of member)                         (state of citizenship)

Alyssa L. Smith                          Florida
_____                _____
(name of member)                         (state of citizenship)


_____                _____
(name of member)                         (state of citizenship)


_____                _____
(name of member)                         (state of citizenship)


Note: If there are additional LLC members, please provide their names and states of citizenship
on a separate sheet of paper.


8/14/2025
_____
Date

/S/ Tracey B. Eberling
_____
Signature

Tracey B. Eberling #11393
_____
Printed name and bar number

1250 Edwin Miller Blvd. Ste 300, Martinsburg, WV 25404
_____
Address

tracey.eberling@steptoe-johnson.com
_____
Email address

304 262 3532
_____
Telephone number

304 262 3541
_____
Fax number

2