**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| GK PARANDHAMAIA and JAN PARANDHAMAIA, | ) CIVIL ACTION |
| | ) |
| | ) No. _____ |
| Plaintiffs, | ) |
| | ) |
| vs. | ) **FILED ELECTRONICALLY** |
| | ) |
| SMITH FARM HOLDINGS, LLC and STEVEN G. SMITH, | ) |
| | ) |
| | ) |
| Defendants. | ) |

<u>**NOTICE OF REMOVAL**</u>

TO:    THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Smith Farm Holdings, LLC ("SFH") and Steven G. Smith ("Smith") hereby files this Notice of Removal for the purposes of removing the action docketed at Case No. C-11-CV-25-000054 in the Circuit Court for Garrett County, Maryland (the "Circuit Court Action"), to the United States District Court for the District of Maryland, Northern Division. In support of this Notice, Defendants state as follows:

**PROCEDURAL HISTORY**

1.    On May 29, 2025, Plaintiffs GK Parandhamaia and Jan Parandhamaia filed a Complaint against Defendants initiating the Circuit Court Action. A true and correct copy of the Complaint is attached hereto as **Exhibit A**.

2.    On July 16, 2025, Plaintiffs served Defendants through Defendants' counsel.

1

3.      The Complaint asserts Maryland state-law causes of action for breach of contract, invasion of privacy, intentional infliction of emotional distress, nuisance, trespass to land, and retaliatory eviction.

4.      The Complaint seeks, among other relief, compensatory damages of "no less than $100,000," punitive damages, attorney's fees, and injunctive relief.

## BASIS FOR JURISDICTION

5.      This Court has original jurisdiction over this matter under 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between Plaintiffs and Defendants, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

6.      Plaintiffs GK Parandhamaia and Jan Parandhamaia are natural persons domiciled in and citizens of Maryland. (*See* Ex. A, ¶ 3).

7.      Defendant Steven G. Smith is a natural person domiciled in and is a citizen of Florida. A true and correct copy of the Declaration of Steven G. Smith is attached hereto as **Exhibit B.**

8.      Defendant SFH is a Maryland limited liability company, with two members—Steven G. Smith and Alyssa L. Smith—both of whom are domiciled in and are citizens of Florida. A true and correct copy of the Declaration of Alyssa L. Smith is attached hereto as **Exhibit C.**

9.      Because an LLC is a citizen of every state in which its members are citizens (not the state in which the LLC is formed), SFH is a citizen of Florida for purposes of diversity jurisdiction. *See Middel v. Middel*, 471 F. Supp. 3d 688, 693 (D. Md. 2020) (stating that the "citizenship of a limited liability company . . . for purposes of diversity jurisdiction, is based on the citizenship of its members").

10. As such, there is complete diversity among the Plaintiffs and Defendants since Plaintiffs are citizens of Maryland and Defendants are citizens of Florida.

11. Further, the Complaint expressly seeks damages "no less than $100,000" (Complaint, Prayer ¶ b), plus punitive damages, attorney's fees, and injunctive relief.

12. The alleged damages therefore exceed $75,000, exclusive of interest and costs, satisfying 28 U.S.C. § 1332(a).

13. Accordingly, diversity jurisdiction exists under 28 U.S.C. § 1332(a).

## REMOVAL PROCEDURE

14. Defendants are the proper parties to remove this action under 28 U.S.C. § 1441(a).

15. This Court is the proper venue under 28 U.S.C. § 1441(a) because Garrett County, Maryland, where the state court action was filed, is within the Northern Division of the United States District Court for the District of Maryland.

16. This Notice of Removal is filed within thirty (30) days after Defendants received service of the initial pleading, as required by 28 U.S.C. § 1446(b).

17. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendants are attached as **Exhibit D**.

18. Promptly after filing this Notice of Removal, Defendants will provide written notice to Plaintiffs' counsel and will file a copy with the Clerk of the Circuit Court for Garrett County, Maryland, in accordance with 28 U.S.C. § 1446(d).

19. By removing this action, Defendants do not waive any defenses, including those under Federal Rule of Civil Procedure 12, and do not admit any of the allegations in Plaintiffs' Complaint.

WHEREFORE, notice is hereby given that the Circuit Court Action in the Circuit Court for Garrett County, Maryland is removed to the United States District Court for the District of Maryland, Northern Division.

Respectfully submitted,

Dated: August 14, 2025

STEPTOE & JOHNSON PLLC

*s/ Tracey B. Eberling*
Tracey B. Eberling (MD Fed. Bar ID 11393)
Steptoe & Johnson PLLC
1250 Edwin Miller Blvd, Suite 300
Martinsburg, WV 25404
(O):  304.263.6991
tracey.eberling@steptoe-johnson.com

Nicholas L. Fiske*
Pennsylvania Bar No. 309696
nick.fiske@steptoe-johnson.com

Joseph R. Lewis III*
Pennsylvania Bar No. 328830
joseph.lewis@steptoe-johnson.com

**STEPTOE & JOHNSON PLLC**
One PPG Place, Suite 3300
Pittsburgh, Pennsylvania 15222
Telephone: 412-504-8010
Fax: 412-504-8011
*\*Pro Hac Vice Application Forthcoming*

*Counsel for Defendants, Smith Farm
Holdings, LLC and Steven G. Smith*

4

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 14, 2025, I served a true and correct copy of the foregoing document upon the following counsel of record via email and U.S. mail.

Arnold Phillips, Esquire
25254B Garrett Highway
McHenry, MD 21541
(301) 387-2800
afplaw@gmail.com

Adam Greivell, Esquire
5 Cornell Ave
Hagerstown, MD 21742
(240)528-8150
adam@gfirm.us

*s/ Tracey B. Eberling*
Tracey B. Eberling (MD Fed. Bar ID 11393)
