IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| GK PARANDHAMAIA and JAN PARANDHAVAIA, | ) CIVIL ACTION ) ) No. _____ |
| Plaintiffs, | ) ) |
| vs. | ) **FILED ELECTRONICALLY** ) |
| SMITH FARM HOLDINGS, LLC and STEVEN G. SMITH, | ) ) ) ) |
| Defendants. | ) |

## DECLARATION OF ALYSSA L. SMITH IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL

I, Alyssa L. Smith, pursuant to 28 U.S.C. § 1746 hereby declares as follows:

1.     I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the following Declaration is based on my personal knowledge.

2.     Smith Farm Holdings, LLC, of which I am a member, has been named as a defendant in an action filed in the Circuit Court for Garrett County, Maryland at docket number C-11-CV-25-000054.

3.     SFH is a limited liability company organized under the laws of the State of Maryland.

4.     I own 50% of the membership interests of SFH and my husband, Steven G. Smith, owns the remaining 50% of the membership interests.

5.     For purposes of diversity jurisdiction, at the time Plaintiffs filed the Complaint in the Circuit Court for Garrett County, Maryland, and at the time of removal to federal court, I was and remain domiciled in and a citizen of the State of Florida.

**EXHIBIT C**

6.    I have my permanent home in Florida, where I intend to remain indefinitely. My primary residence is located at 1570 Bonita Lane, Naples, Florida, 34102.

7.    I hold a Florida driver's license, am registered to vote in Florida, and file state and federal income tax returns using my Florida address.

8.    The sole other member of SFH, Steven G. Smith, is also domiciled in and a citizen of the State of Florida.

9.    No member of SFH is a citizen of Maryland.

10.    This affidavit is provided in support of Defendants' Notice of Removal, to establish that complete diversity of citizenship exists between Plaintiffs and Defendants under 28 U.S.C. § 1332(a).

I declare under penalty of perjury that the foregoing is true and correct.

8/13/2025

Signed by:

*Alyssa L. Smith*

69615AD4066B43F...

Alyssa L. Smith

2

**EXHIBIT C**