

# CIRCUIT COURT FOR GARRETT COUNTY
## CASE SUMMARY
### CASE NO. C-11-CV-25-000054

## CASE ASSIGNMENT

**GK Parandhamaia, et al. vs. SMITH FARM HOLDINGS LLC, et al.**
Case Type: **Tort - Trespass**
CaseStatus: **Open**
Case Financial Balance: **$0.00**

Court Address: **203 S. 4th Street; P O Box 447, Oakland, Maryland, 21550**
**Phone: 301-334-1937**
**Fax: 301-334-5017**
Judicial Officer:
Assigned On: **05/29/2025**
Filed On: **05/29/2025**

☎ *Civil: 301-334-1938 Criminal: 301-334-5016 Domestic: 301-334-1935 Fiscal: 301-334-1944 Foreclosure/Trust: 301-334-1943 Juvenile/Adoption: 301-334-1987 Land: 301-334-1941 TTY for Deaf dial MD Relay 711*

| Related Cases | | | Cross Reference Numbers |
|---|---|---|---|
| C-11-CV-22-000109 | Related Case | Lead | |
| C-11-CV-23-000070 | Related Case | | |

## PARTY INFORMATION

**Attorneys**

| Plaintiff | Parandhamaia, GK | GREIVELL, ADAM, DANIEL | Retained | 05/29/2025 |
|---|---|---|---|---|
| | | PHILLIPS, ARNOLD, FRED | Retained | 05/29/2025 |
| | Parandhamaia, Jan | GREIVELL, ADAM, DANIEL | Retained | 05/29/2025 |
| | | PHILLIPS, ARNOLD, FRED | Retained | 05/29/2025 |
| Defendant | SMITH FARM HOLDINGS LLC | | | |
| | SMITH, STEVEN, G | | | |

## EVENTS

| | |
|---|---|
| 05/29/2025 | Attorney Appearance - $10 Fee |
| | Counsel Attorney PHILLIPS, ARNOLD FRED; Attorney PHILLIPS, ARNOLD FRED For Plaintiff Parandhamaia, GK; Plaintiff Parandhamaia, Jan |
| 05/29/2025 | Case Information Report Filed |
| | Filed by Plaintiff Parandhamaia, GK; Plaintiff Parandhamaia, Jan |
| 05/29/2025 | Complaint / Petition |
| | Filed by Plaintiff Parandhamaia, GK; Plaintiff Parandhamaia, Jan Against Defendant SMITH FARM HOLDINGS LLC; Defendant SMITH, STEVEN G |
| 05/29/2025 | Supporting Exhibit |
| 05/29/2025 | Supporting Exhibit |
| 05/29/2025 | Supporting Exhibit |
| 05/29/2025 | Supporting Exhibit |
| 05/29/2025 | Supporting Exhibit |
| 05/30/2025 | Summons Issued (Service Event) |
| | Requested by Plaintiff Parandhamaia, GK; Plaintiff Parandhamaia, Jan Service for Defendant SMITH FARM HOLDINGS LLC; Defendant SMITH, STEVEN G |
| 05/30/2025 | Writ /Summons/Pleading - Electronic Service |
| 05/30/2025 | Writ /Summons/Pleading - Electronic Service |
| 06/30/2025 | Affidavit - Non-Service |
| | Regarding Defendant SMITH FARM HOLDINGS LLC; Defendant SMITH, STEVEN G |
| 06/30/2025 | Supporting Exhibit |
| 06/30/2025 | Supporting Exhibit |
| 07/28/2025 | Affidavit - Service |
| | Service For: Defendant SMITH FARM HOLDINGS LLC; Defendant SMITH, STEVEN G |

**Report Name:** CCDC560 - Case Summary Report     **Run Date:** 8/13/2025 12:41 PM

**EXHIBIT D**



**CIRCUIT COURT FOR GARRETT COUNTY**
**CASE SUMMARY**
**CASE NO. C-11-CV-25-000054**

| | |
|---|---|
| 07/28/2025 | Date Served:: 07/16/2025 |
| 07/28/2025 | Supporting Exhibit |

---

**Report Name:**CCDC560 **-** Case Summary Report                    **Run Date:** 8/13/2025 12:41 PM

**EXHIBIT D**