☐ **COURT OF APPEALS** ☐ **COURT OF SPECIAL APPEALS**
☒ **CIRCUIT COURT** ☐ **DISTRICT COURT OF MARYLAND FOR** Garrett County                    ☒
City/County

Located at 203 S. 3rd street, Oakland, MD, 21550              Case No. **C-11-CV-25-000054**
Court Address

**STATE OF MARYLAND**        or

GK & Jan Parandhamaia                          vs.        Smith Farm Holdings, LLC/SteveSmith
Plaintiff                                                        Defendant

## NOTICE OF APPEARANCE
### (Md. Rules 2-131, 3-131, 4-214, 7-107, and 8-402)

Please enter my appearance for GK and Jan Parandhamaia                    ,
Name

the ☐ defendant ☒ plaintiff ☐ other: _____

in the above entitled action.

/S/                              9412150051                25254b Garrett Highway
Signature                    Attorney Number              Address
5/29/25                                                  McHenry, MD  21541
Date                                                     City, State, Zip
Arnold Phillips                                          301-387-2800
Printed Name                                             Telephone
Phillips & Allen, PA                                     afplaw@gmail.com            301-387-2860
Firm Name                                               E-mail                      Fax

## CERTIFICATE OF SERVICE

I certify that I served a copy of this Notice of Appearance upon the following party or parties by mailing

☒ first class mail, postage prepaid, ☐ hand delivery, on ____5/29/25____ to:
Date

Smith Farm Holdings, LLC c/o Nicholas Fiske          2147 Bittinger Rd
Name                                                  Address
                                                     Swanton MD 21561
                                                      City, State, Zip

_____                              _____
Name                                                  Address

                                                     /S/
                                                     _____
                                                     City, State, Zip
_____                              Signature of Party Serving/Attorney
Name

Check applicable:
☐ Court appointed
☒ Private
☐ Public Defender
☐ Pro Bono Counsel

**CC-DC-084** (Rev. 07/2021)

**EXHIBIT D**