# CIRCUIT COURT FOR GARRETT COUNTY, MARYLAND

203 S. 4th Street; P O Box 447, Oakland, Maryland, 21550
Phone: 301-334-1937
Fax: 301-334-5017

Criminal: 301-334-5016
Domestic: 301-334-1935
Fiscal: 301-334-1944
Foreclosure/Trust: 301-334-1943
Juvenile/Adoption: 301-334-1987
Land: 301-334-1941
TTY for Deaf dial MD Relay 711

**To:** STEVEN G SMITH
2714 BITTINGER LANE
SWANTON, MD 21561

| | |
|---|---|
| **Case Number:** | C-11-CV-25-000054 |
| **Other Reference Number(s):** | C-11-CV-22-000109; C-11-CV-23-000070 |
| **Child Support Enforcement Number:** | |

## GK PARANDHAMAIA, ET AL. VS. SMITH FARM HOLDINGS LLC, ET AL.

Issue Date: 5/30/2025

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

GK PARANDHAMAIA; JAN PARANDHAMAIA
2440 Bittinger Road
Swanton, MD  21561; 2440 Bittinger Road
Swanton, MD  21561

This summons is effective for service only if served within 60 days after the date it is issued.

*William L. Bittinger*

William L. Bittinger
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.
It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

**Circuit Court for Garrett County**
GK Parandhamaia, et al. vs. SMITH FARM HOLDINGS LLC, et al.    **Case Number: C-11-CV-25-000054**

4.  If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

# SHERIFF'S RETURN
## (please print)

To:  STEVEN G SMITH

_____ ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
Name of person served

on _____ at _____
Date of service                          Location of service

_____ by _____ with the following:
Manner of service

☐ Summons                                      ☐ Counter-Complaint

☐ Complaint                                    ☐ Domestic Case Information Report

☐ Motions _____             ☐ Financial Statement

☐ Petition and Show Cause Order                ☐ Interrogatories

☐ Other _____
Please specify

(2) Was unable to serve because:

☐ Moved left no forwarding address    ☐ No such address

☐ Address not in jurisdiction    ☐ Other _____
Please specify

Sheriff fee: $ _____ ☐ waived by _____

_____     _____
Date                          Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1.  This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2.  Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3.  Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4.  If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).