# USPS Tracking®

FAQs >

**Tracking Number:**                                                    Remove X

# 9597010253065150337485

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item is being processed at our USPS facility in PITTSBURGH, PA 15212 on June 16, 2025 at 6:57 am.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Moving Through Network

**Processing at USPS Facility**

PITTSBURGH, PA 15212
June 16, 2025, 6:57 am

**Forwarded**

PITTSBURGH, PA
June 5, 2025, 7:46 am

**Out for Delivery**

PITTSBURGH, PA 15219
June 4, 2025, 6:14 am

**Arrived at Post Office**

PITTSBURGH, PA 15212
June 4, 2025, 6:03 am

**Departed USPS Facility**

PITTSBURGH, PA 15212
June 4, 2025, 5:44 am

**Arrived at USPS Facility**

PITTSBURGH, PA 15212
June 4, 2025, 5:37 am

Feedback

**Departed USPS Regional Facility**

PITTSBURGH PA DISTRIBUTION CENTER
June 4, 2025, 5:22 am

**Arrived at USPS Regional Facility**

PITTSBURGH PA DISTRIBUTION CENTER
June 4, 2025, 3:54 am

**Departed USPS Regional Facility**

PITTSBURGH PA DISTRIBUTION CENTER
June 4, 2025, 3:33 am

**Arrived at USPS Regional Facility**

PITTSBURGH PA DISTRIBUTION CENTER
June 3, 2025, 2:59 pm

**Arrived at USPS Regional Facility**

WARRENDALE PA DISTRIBUTION CENTER
June 3, 2025, 12:24 pm

**In Transit to Next Facility**

June 3, 2025, 9:40 am

**Departed USPS Regional Facility**

LINTHICUM HEIGHTS MD DISTRIBUTION CENTER
June 3, 2025, 7:50 am

**Arrived at USPS Regional Origin Facility**

LINTHICUM HEIGHTS MD DISTRIBUTION CENTER
June 2, 2025, 2:37 pm

**In Transit to Next Facility**

June 1, 2025

**Departed Post Office**

MC HENRY, MD 21541
May 30, 2025, 4:02 pm

**USPS in possession of item**

MC HENRY, MD 21541
May 30, 2025, 2:52 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Case 1:25-cv-02691-SAG    Document 2-12    Filed 6/30/2025/10:00 AM; Submission 6/30/2025 10:00 AM    Page 3 of 3

 Gmail

---

## Re: Parandhamaia/ Smith Farm Holdings

1 message

---

**arnold phillips <afplaw@gmail.com>**                                       Fri, Jun 27, 2025 at 3:11 PM
To: Nicholas Fiske <Nick.Fiske@steptoe-johnson.com>, PWA Paralegal <pwaparalegal@gmail.com>

Nicholas:

Attached is a copy of the new Complaint which you agreed to accept service on.  A Certified mail was sent to your most recent address and has not been picked up.  I will send a copy through regular mail.

Arnold Phillips

On Sun, Mar 23, 2025 at 1:34 PM Nicholas Fiske <Nick.Fiske@steptoe-johnson.com> wrote:

Arnie,

In follow up to our discussion the other day, I can accept service of the new complaint you referenced.  However, as I expected and warned you, the current threats of new litigation were not well taken.