## IN THE CIRCUIT COURT FOR GARRETT COUNTY, MARYLAND

**GK AND JAN PARANDHAMAIA**
**Plaintiffs**

Vs.                                    **CASE NO. C-11-CV-25-000054**

**SMITH FARM HOLDINGS & STEVEN G SMITH**
**Defendants**

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

### AFFIDAVIT OF SERVICE – CERTIFIED MAIL

I hereby certify that on the 30th day of May 2025 I mailed a copy of the Writ of Summons/Complaint w/exhibits (which was previously filed with this Court) on Smith Farm and Stephen Smith c/o Nicholas L. Fiske, Esquire at 500 Grant St, Ste 4940 Pittsburgh PA 15219 by **certified mail, return receipt requested**. As of June 27, 2025, this has still not been delivered per the USPS tracking information (see attached).

The Complaint w/Writ and exhibits was emailed to Attorney Fiske and mailed again via first-class, postage prepaid mail on the 27th day of June 2025.

**I SOLEMNLY AFFIRM** under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

Date:

_____
Arnold F. Phillips, Esquire
Attorney for Plaintiff
25254 Garrett Highway
McHenry, Maryland 21541
(301) 387-2800
afplaw@gmail.com
AIS#9412150051

E-FILED; Garrett Circuit Court
Docket: 7/28/2025 10:07 AM; Submission: 7/28/2025 10:07 AM
Envelope: 2222855(

# IN THE CIRCUIT COURT FOR GARRETT COUNTY, MARYLAND

**GK AND JAN PARANDHAMAIA**
   **Plaintiffs**

   **Vs.**                    **CASE NO. C-11-CV-25-000054**

**SMITH FARM HOLDINGS & STEVEN G SMITH**
   **Defendants**

   *    *    *    *    *    *    *    *    *    *    *

## AFFIDAVIT OF SERVICE – CERTIFIED MAIL

I hereby certify that on the 16 day of July 2025 I mailed a copy of the Writ of Summons/Complaint w/exhibits (which was previously filed with this Court) on Smith Farm and Stephen Smith c/o Nicholas L. Fiske, Esquire at One PPG Place, Ste 3300, 4940 Pittsburgh PA 15222 by **certified mail, return receipt requested.** (see attached).

**I SOLEMNLY AFFIRM** under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

Date: 7/28/25

                                   _____

Arnold F. Phillips, Esquire
Attorney for Plaintiff
25254 Garrett Highway
McHenry, Maryland 21541
(301) 387-2800
afplaw@gmail.com
AIS#9412150051

E-FILED; Garrett Circuit Court
Docket: 7/28/2025 9:28 AM; Submission: 7/28/2025 9:28 AM
Envelope: 2222743!

Case 1:25-cv-02691-SAG     Document 2-03cket: 7/28/2025 9:28 AM; Submission: 7/28/2025 9:28 AM

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery  7/16/25 |
| 1. Article Addressed to:<br><br>Nicholas Fiske<br>One PPG Place Ste 3300<br>Pittsburgh PA 15222 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 8952 4064 2348 36 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☒ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7022 2410 0000 0888 4945 | |

PS Form **3811**, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt