**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

GK Parandhamaia and Jan Parandhamaia                    *

**Plaintiff,**

                                         *

**v.**                                                 Case No. 1:25-cv-02691

                                         *

Smith Farm Holdings, LLC and Steven G. Smith

**Defendant.**                                         *

## MOTION FOR ADMISSION PRO HAC VICE

I, Tracey B. Eberling , am a member in good standing of the bar of this

Court.  I am moving the admission of Nicholas L. Fiske

to appear pro hac vice in this case as counsel for Defendants Smith Farm Holdings, LLC and Steven G. Smith .

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
| --- | --- |
| Supreme Court of Pennsylvania (10/19/2010) | U.S. District Court for the Western District of PA (1/21/2011) |
| | U.S. District Court for the Western Bankruptcy District of PA (1/21/2011) |
| | U.S. Court of Appeals - Third Circuit (7/28/2021) |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

/s/ Tracey B. Eberling
_____
Signature

Tracey B. Eberling (MD No. 11393)
_____
Printed name and bar number

Steptoe & Johnson PLLC
_____
Office name

1250 Edwin Miller Blvd, Suite 300, Martinsburg, WV 25404
_____
Address

(304) 263-6991
_____
Telephone number

(304) 933-8748
_____
Fax Number

tracey.eberling@steptoe-johnson.com
_____
Email Address

PROPOSED ADMITTEE

_____
Signature

Nicholas L. Fiske (PA No. 309696)
_____
Printed name

Steptoe & Johnson PLLC
_____
Office name

One PPG Place, Suite 3300, Pittsburgh, PA 15222
_____
Address

(412) 504-8135
_____
Telephone number

(412) 504-8010
_____
Fax Number

nick.fiske@steptoe-johnson.com
_____
Email Address