

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Joseph Richard Lewis III, Esq.

**DATE OF ADMISSION**

**January 5, 2021**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: August 15, 2025**

Nicole Traini
Chief Clerk