**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| GK PARANDHAMAIA and JAN PARANDHAMAIA, | ) CIVIL ACTION |
| | ) |
| | ) No. 1:25-cv-02691-SAG |
| Plaintiffs, | ) |
| | ) |
| vs. | ) **FILED ELECTRONICALLY** |
| | ) |
| SMITH FARM HOLDINGS, LLC and STEVEN G. SMITH, | ) |
| | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS**

AND NOW, come Defendants Smith Farm Holdings, LLC ("SFH") and Steven G. Smith (collectively "Defendants") by and through their attorneys, Steptoe & Johnson PLLC, and move the Court to dismiss the Complaint in the above-captioned matter in its entirety pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

1.      As set forth at further length in the accompanying Memorandum of Law in Support of this Motion to Dismiss, which is incorporated herein by reference, Plaintiffs' Complaint must be dismissed in its entirety for failure to state a claim upon which relief may be granted.

2.      Specifically, Plaintiffs fail to state a claim for Breach of Contract (Count I) because the allegations do not identify any lease provision breached, nor do the conclusory allegations concerning "harassment" and "quiet enjoyment" state a cognizable contractual violation under Maryland law.

3.      Plaintiffs' claim for Invasion of Privacy (Intrusion Upon Seclusion) (Count II) fails as a matter of law because Plaintiffs allege only that cameras were installed which "appear capable" of recording, without alleging that any private activities were actually recorded, viewed,

26849953.1

or disseminated. Speculative allegations cannot sustain this tort.

4.      Plaintiffs' claim for Intentional Infliction of Emotional Distress (Count III) fails as a matter of law because Plaintiffs do not allege conduct that is "extreme and outrageous," nor do they plead facts establishing the requisite severe and disabling emotional distress.

5.      Plaintiffs' claim for Nuisance (Count IV) fails as a matter of law because Maryland law requires a nontrespassory interference with land use, whereas Plaintiffs allegations do not rise to the level of interference with the use of the property and/or allege only trespassory conduct.

6.      Plaintiffs' claim for Trespass (Count V) fails as a matter of law because the alleged conduct occurred on property owned by SFH outside of Plaintiffs' limited leasehold rights to the cabin and garage, and vague allegations of "attempted entry" do not establish an actual, unauthorized intrusion into the leased premises.

7.      Plaintiffs' claim for Retaliatory Eviction (Count VI) fails as a matter of law because Md. Code Ann., Real Prop. § 8-208.1 applies only where a landlord takes retaliatory action to terminate a tenancy. Plaintiffs remain in possession of the property, and the filing of a Motion for Sanctions—which was denied—does not constitute a retaliatory eviction under Maryland law.

8.      Finally, Plaintiffs cannot maintain a claim for punitive damages as they are barred under certain of Plaintiffs' claims and insufficiently plead under others.

9.      Accordingly, Plaintiffs' Complaint must be dismissed in its entirety pursuant to Rule 12(b)(6).

WHEREFORE, for the reasons set forth above and in further detail in Defendants' accompanying Memorandum of Law, which Defendants incorporate herein by reference, Defendants respectfully request that this Court grant the present motion and dismiss the Complaint in its entirety, with prejudice.

26849953.1

Dated: August 21, 2025

                                              Respectfully submitted,

STEPTOE & JOHNSON PLLC

*/s/ Nicholas L. Fiske*
Tracey B. Eberling (MD Fed. Bar ID 11393)
Steptoe & Johnson PLLC
1250 Edwin Miller Blvd, Suite 300
Martinsburg, WV 25404
(O):  304.263.6991
tracey.eberling@steptoe-johnson.com

Nicholas L. Fiske*
Pennsylvania Bar No. 309696
nick.fiske@steptoe-johnson.com

Joseph R. Lewis III*
Pennsylvania Bar No. 328830
joseph.lewis@steptoe-johnson.com

**STEPTOE & JOHNSON PLLC**
One PPG Place, Suite 3300
Pittsburgh, Pennsylvania 15222
Telephone: 412-504-8010
Fax: 412-504-8011
*Admitted Pro Hac Vice*

*Counsel for Defendants, Smith Farm*
*Holdings, LLC and Steven G. Smith*

3

26849953.1

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 21st day of August, 2025, I electronically filed the foregoing

with the Clerk of the Court using the ECF system which will send notification of such filing to all

counsel of record.

Adam Greivell, Esquire
5 Cornell Ave
Hagerstown, MD 21742
(240)528-8150
adam@gfirm.us

*AND BY ELECTRONIC MAIL TO:*

Arnold Phillips, Esquire
25254B Garrett Highway
McHenry, MD 21541
(301) 387-2800
afplaw@gmail.com

*/s/ Nicholas L. Fiske*
Nicholas L. Fiske
Pennsylvania Bar No. 309696

26849953.1