**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| GK PARANDHAMAIA and JAN PARANDHAMAIA, | ) CIVIL ACTION<br>)<br>) No. 1:25-cv-02691-SAG |
| Plaintiffs, | ) |
| | ) |
| vs. | ) **FILED ELECTRONICALLY** |
| | ) |
| SMITH FARM HOLDINGS, LLC and STEVEN G. SMITH, | )<br>) |
| | ) |
| Defendants. | ) |

**PROPOSED ORDER OF COURT**

**AND NOW**, this _____ day of _____, 2025, upon consideration of Defendants, Smith Farm Holdings, LLC and Steven G. Smith's, Motion to Dismiss Plaintiffs GK Parandhamaia and Jan Parandhamaia's Complaint, Defendants' Memorandum of Law in Support thereof, and any opposition thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED, and:

1. Count I (Breach of Contract) is dismissed with prejudice;

2. Count II (Invasion of Privacy – Intrusion Upon Seclusion) is dismissed with prejudice;

3. Count III (Intentional Infliction of Emotional Distress) is dismissed with prejudice;

4. Count IV (Nuisance) is dismissed with prejudice;

5. Count V (Trespass to Land) is dismissed with prejudice;

6. Count VI (Retaliatory Eviction) is dismissed with prejudice.

7. Plaintiffs' demand for punitive damages is hereby stricken/dismissed with prejudice.

   IT IS FURTHER ORDERED that the Clerk shall mark this case CLOSED.

_____, J.