E-FILED; Garrett Circuit Court
Docket: 7/11/2024 9:46 AM; Submission: 7/11/2024 9:46 AM
Envelope: 17168256

## IN THE CIRCUIT COURT FOR GARRETT COUNTY, MARYLAND

|  |  |
|---|---|
| GK PARANDHAMAIA, *et ux.* | * |
| Plaintiffs | * |
| v. | * CASE NO. C-11-CV-23-000070 |
| | C-11-CV-22-000109 |
| SMITH FARM HOLDINGS, LLC | * |
| Defendant | * |

* * * * * * * * * * * * * * * * * * * * *

### ORDER DENYING MOTION FOR SANCTIONS

Having read and considered Defendant's Motion for Sanctions, and the Opposition filed thereto, it is hereby ORDERED that the Motion for Sanctions is DENIED, with prejudice.

17th of July, 2024
Date

_____
Judge, Circuit Court
for Garrett County, Maryland

Judge W. Timothy Finan

EXHIBIT C