**GREIVELL & GARROTT JOHNSON LLC**

LAWYERS

Greivell & Garrott Johnson, LLC
5 Cornell Avenue
Hagerstown, Maryland 21742

t: (240) 310-9150
f: (877) 262-4810

**Adam D. Greivell, Esq.**
adam@greivelllawoffice.com

**Erika Garrott Johnson, Esq.**
erika@greivelllawoffice.com

**W. Kennedy Boone, III, Esq.**
Of Counsel, dwkboone@aol.com

December 23, 2024

**Via Electronic Mail (nick.fiske@steptoe-johnson.com & alan@winiklaw.com)**

Nicholas Fiske, Esq.
Alan Winik, Esq.

Re:    Smith Farm Holdings, LLC, Steve Smith, Jan & GK Parandhamaia
       2440 Bittinger Road, Swanton, MD

Dear Mr. Fiske and Mr. Winik:

As you know, I represent Jan and GK Parandhamaia in connection with the property at 2440 Bittinger Road in Swanton, MD.

You and I spoke previously in Annapolis about these issues, and they have not ameliorated since then.

Specifically, your client, Mr. Smith and Smith Farm Holdings, LLC, has multiple cameras trained directly on the house (which peer into the living room, kitchen, and bedroom). These cameras appear to be activated by motion occurring within the house (including within private areas of the house).

Further Mr. Smith and his associates have been routinely and somewhat continuously driving their trucks and other utility vehicles (side by sides, etc.) down 2440's driveway and directly next to the house, for no other apparent purpose but to harass, alarm and annoy the Parandhamaias.

This conduct is unreasonable, and an unwarranted, and unwelcome invasion of privacy, as well as a gross interference with the quiet use and enjoyment of the property. The conduct does, in fact, alarm, harass and annoy the Parandhamaias.

Accordingly, demand is hereby made that Mr. Smith, Smith Farm Holdings, LLC, and any other person operating by and through them or with their coordination, immediately cease and desist the foregoing described conduct.

Sincerely,

Adam D. Greivell, Esq.

EXHIBIT D