**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| GK PARANDHAMAIA and JAN PARANDHAMAIA, | ) | CIVIL ACTION |
| | ) | |
| | ) | No. 1:25-cv-02691-SAG |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **FILED ELECTRONICALLY** |
| | ) | |
| SMITH FARM HOLDINGS, LLC and STEVEN G. SMITH, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' REMOVAL STATEMENT**
**PURSUANT TO AMENDED STANDING ORDER 2021-23**

The information required by this Honorable Court's Amended Standing Order 2021-13 [Dkt. No. 5] was previously included in Defendants', Smith Farm Holdings, LLC and Steven G. Smith (collectively the "Defendants"), Notice of Removal [Dkt. No. 2] which is incorporated by reference as though more fully set forth herein. However, in accordance with this Court's directive, Defendants file the instant statement:

1.      The date(s) on which each defendant was served with a copy of the summons and complaint.

    a.      Defendants were first served with a copy of the summons and complaint in the state court action *GK Parandhamaia and Jan Parandhamaia v. Smith Farm Holdings, LLC and Steven G. Smith*, Case No. C-11-CV-25-000054 (Circuit Court, Garrett County, Maryland) (the "State Court Action") on July 16, 2025. On August 14, 2025, Defendants filed their Notice of Removal, removing the State Court Action to this Court. *See* August 14, 2025 Notice of Removal [Dkt. No. 2]. Defendants filed their Notice of Removal within thirty (30) days of first being served with a copy of the summons and complaint.

2.      In actions predicated on diversity jurisdiction, an indication of whether any defendants who have been served are citizens of Maryland, and, for any entity that is not a

1

corporation, the citizenship of all members.

a.      No Defendant in this matter is a citizen of Maryland.  Defendant, Steven G. Smith, is a citizen of Florida and Defendant, Smith Farm Holdings, LLC, is a Maryland limited liability company whose only two members, Steven G. Smith and his wife Alyssa L. Smith, are citizens of Florida.  Accordingly, Smith Farm Holdings, LLC is a citizen of Florida.  *See Middel v. Midde*l, 471 F. Supp. 3d 688, 693 (D. Md. 2020) (stating that the "citizenship of a limited liability company . . . for purposes of diversity jurisdiction, is based on the citizenship of its members")

3.      If removal takes place more than thirty (30) days after any defendant was first served with a copy of the summons and complaint, the reasons why removal has taken place at this time and the date on which the defendant(s) was (were) first served with a paper identifying the basis for such removal.

a.      Not Applicable.

4.      In actions removed to this Court predicated on diversity jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons why this action should not be summarily remanded to state court.

a.      Not Applicable.

5.      Identification of any defendant who was served in the state court action prior to the time of removal who did not formally join in the notice of removal and the reasons why such defendant did not join.

a.      Not Applicable.

Dated: August 28, 2025

Respectfully submitted,

STEPTOE & JOHNSON PLLC

*/s/ Nicholas L. Fiske*
Tracey B. Eberling (MD Fed. Bar ID 11393)
Steptoe & Johnson PLLC

2

1250 Edwin Miller Blvd, Suite 300
Martinsburg, WV 25404
(O):  304.263.6991
tracey.eberling@steptoe-johnson.com

Nicholas L. Fiske*
Pennsylvania Bar No. 309696
nick.fiske@steptoe-johnson.com

Joseph R. Lewis III*
Pennsylvania Bar No. 328830
joseph.lewis@steptoe-johnson.com

**STEPTOE & JOHNSON PLLC**
One PPG Place, Suite 3300
Pittsburgh, Pennsylvania 15222
Telephone: 412-504-8010
Fax: 412-504-8011
*Admitted Pro Hac Vice*

*Counsel for Defendants, Smith Farm
Holdings, LLC and Steven G. Smith*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this, the 28th day of August, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

Adam Greivell, Esquire
5 Cornell Ave
Hagerstown, MD 21742
(240)528-8150
adam@gfirm.us

*AND BY ELECTRONIC MAIL TO*:

Arnold Phillips, Esquire
25254B Garrett Highway
McHenry, MD 21541
(301) 387-2800
afplaw@gmail.com

*/s/ Nicholas L. Fiske*
Nicholas L. Fiske
Pennsylvania Bar No. 309696