## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND - NORTHERN DIVISION

GK PARANDHAMAIA, *et ux.*,                *

                                          *

          Plaintiffs                *

                                          *    Case No. 1:25-cv-02691-SAG

   v.                                   *

                                          *

SMITH FARM HOLDINGS, LLC, *et al.*        *

                                          *

          Defendants                *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO REMAND

COME NOW Plaintiffs, GK Parandhamaia and Jan Parandhamaia, by and through their attorneys, Adam D. Greivell, Esq., and Arnold Phillips, Esq., and, pursuant to 28 USC § 1447, file this Motion to Remand, and for reasons state as follows:

1. On May 29, 2025, Plaintiffs, citizens of Maryland, filed suit in the Circuit Court for Garrett County, Maryland, against Defendants.[1]

2. Defendants filed a Notice of Removal on August 14, 2025, asserting complete diversity of citizenship.

3. Plaintiffs now move, pursuant to 28 USC § 1447(c), to remand the case to state court on the basis of lack of diversity jurisdiction and, perhaps, an untimely removal filing.

### Citizenship

4. The removing parties bear the burden of establishing diversity of citizenship. *Mulcahey v. Columbia Organic Chems. Co.*, 29 F.3d 148, 151 (4th Cir. 1994). Courts must strictly construe removal jurisdiction and resolve all doubts in favor of remand. *Id.*

THE
GREIVELL
FIRM

5 Cornell Avenue
Hagerstown, MD 21742
t: (240) 528-8150
www.gfirm.us

---

[1] Smith Farm Holdings, LLC (a Maryland limited liability company) and Steven G. Smith (a person who has sworn to be a resident of the State of Maryland, *see infra*)

5. Plaintiffs agree that the citizenship of a limited liability company is determined by the citizenship of its members, and further agree that the members of Smith Farm Holdings, LLC are Steven G. Smith and Alyssa L. Smith.

6. Therefore, the relevant inquiry is whether either Steven G. Smith or Alyssa L. Smith are citizens of Maryland such as would destroy "complete diversity."

7. Plaintiffs acknowledge that Steven G. Smith and Alyssa L. Smith have each submitted declarations (Exhibits B and C to the Notice of Removal) that they each "hold a Florida driver's license," and are "registered to vote in Florida." Plaintiffs have no evidence as of this time to rebut those two particular facts.

8. Plaintiffs note, however, that while the Smiths have declared, *id*, that they "file state and federal income tax returns using my Florida address," they do not identify the state(s) for which they file individual and/or corporate income tax returns.

9. More importantly, Plaintiffs further note that Steven G. Smith has provided several sworn statements that conflict with the Smiths' assertions that they are domiciled in and citizens of Florida.

10. On August 28, 2023, Smith Farm Holdings, LLC submitted an Affidavit to the Circuit Court for Garrett County, Maryland, signed under oath by Steven G. Smith, stating, in part, "I am over the age of eighteen and a resident of Garrett County, Maryland" Exhibit 1.

11. On June 20, 2023, Steven Smith signed and filed two Applications for Statement of Charges in the District Court of Maryland for Garrett County, identifying Steven Smith's address as 489 Hickory Ridge Road, in Swanton, Maryland. Exhibit 2.



THE
GREIVELL
FIRM

5 Cornell Avenue
Hagerstown, MD 21742
t: (240) 528-8150
www.gfirm.us

12. On July 20, 2023, when asked by the District Court of Maryland for Garrett County to "state your name and address for the record," Steven G. Smith stated, "Steven Smith, 465 Hickory Ridge Road, Swanton, Maryland." Exhibit 3.

13. Steven G. Smith further testified that day as follows:

"Q. Okay. And what brought you to Garrett County [Maryland]?

...

A. The beauty of the land and the surroundings. I've been here and had — that was our fourth home in the area for the last 15, 20 years.

Q. Okay. And you lived there with your wife, and your adult children visited. Is that correct?

A. Yes."

*Id.*

14. On or about September 5, 2023, Steven G. Smith testified as follows:

"Q. ... Where do you live?

A. Uhh, we live at, uh, what's the address? I don't know the address, uh, 465 Hickory Ridge road.

Q. And where's that?

A. Swanton [Maryland]."[2]

Exhibit 4.



5 Cornell Avenue
Hagerstown, MD 21742
t: (240) 528-8150
www.gfirm.us

---

[2] *Compare*, however, the response to the following question: "Q. ... during the winter of 2023, where were you?  A.  I'm a resident of Florida and, uh, 2570 Bonita Lane is our address down south."

15. On October 4, 2023, Smith's attorney represented to the Circuit Court for Garrett County, Maryland, "...it wasn't until my client got back from Florida, where he spends the winter, that he realized...". Exhibit 5.

## Timeliness

16. Removal must be filed "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."  28 USC § 1447(b)(1).

17. Defendants' counsel expressly agreed to accept service for the Defendants as confirmed in his email dated March 23, 2025. (*See* Affidavits of Service attached as part of the State Court filings submitted by Defendants.)

18. Plaintiffs' counsel sent the complaint and summons by certified mail to Defendants' counsel on May 30, 2025, but it was not forwarded by the Post Office. *Id.*

19. Plaintiff's counsel then emailed the complaint and papers filed with it to Defendants' counsel on June 27, 2025, and thereafter confirmed Defendants' counsel's new address, and re-sent the complaint/summons via certified mail again on July 11, 2025 - which was received on July 16, 2025. *Id.*

20. Given Defendants' counsel's explicit acknowledgement of his authority to accept service of process for his clients, Plaintiffs submit that the time to file for removal began to run upon Defendants' counsel's receipt of the June 27, 2025 email, thus rendering the August 14, 2025 notice beyond the 30-day mark.

## Conclusion

21. For the foregoing reasons, Plaintiffs respectfully submit that the matter should be remanded to the Circuit Court for Garrett County, Maryland.



THE
GREIVELL
FIRM

5 Cornell Avenue
lagerstown, MD 21742
t: (240) 528-8150
www.gfirm.us

WHEREFORE, Plaintiffs respectfully request this Honorable Court remand the case to the Circuit Court for Garrett County, Maryland.

Respectfully submitted,

/s/ Adam D. Greivell
Adam D. Greivell, Esquire (MD Bar No. 28917)
The Greivell Firm
5 Cornell Avenue
Hagerstown, Maryland 21742
T: (240) 528-8150
adam@gfirm.us
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I reviewed the Court's CM/ECF system, and it reports that on September 15, 2025, an electronic copy of the foregoing Motion to Remand will be served electronically by the Court's CM/ECF system on the following:

Tracey B. Eberling (tracey.eberling@steptoe-johnson.com)
Nicholas L. Fiske (nick.fiske@steptoe-johnson.com)
Joseph R. Lewis, III (joseph.lewis@steptoe-johnson.com)

/s/ Adam D. Greivell
Adam D. Greivell



THE
GREIVELL
FIRM

5 Cornell Avenue
Iagerstown, MD 21742
t: (240) 528-8150
www.gfirm.us