DocuSign Envelope ID: B0DC3F55-2CEB-4906-8983-24BF65ED9B8A

## IN THE CIRCUIT COURT FOR GARRETT COUNTY, MARYLAND

GK PARANDHAMAIA and JAN
PARANDHAMAIA,

*Plaintiff and Counterclaim Defendant,*

v.

SMITH FARM HOLDINGS, LLC,

*Defendant and Counterclaim Plaintiff.*

CIVIL NUMBER: C-11-CV-23-000070
C-11-CV-22-000109

### AFFIDAVIT AFFIRMING ALLEGATIONS IN DEFENDANT SMITH FARM HOLDINGS, LLC'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

1. I am over the age of eighteen and a resident of Garrett County, Maryland.

2. My name is Steven G. Smith, and I am the Founder and a member of Smith Farm Holdings, LLC.

3. I have read the Defendant's Application for Temporary Restraining Order and Preliminary Injunction and I hereby swear and affirm under the penalties of perjury that the information contained therein is true and correct, to the best of my knowledge, information and belief.

SMITH FARM HOLDINGS, LLC

DocuSigned by:

B07F542FC4444EC...

Steven G. Smith
Member

Alan L. Winik, Esquire
The Law Office of Alan L. Winik, LLC
19 North Court Street
Frederick, Maryland 21701
alan@winiklaw.com

*Counsel for Defendant and Counterclaim
Plaintiff, Smith Farm Holdings, LLC*

DocuSign Envelope ID: B0DC3F55-2CEB-4906-8983-24BF65ED9B8A

## CERTIFICATE OF SERVICE

I hereby certify that on this 22 day of Aug 2023, a copy of the foregoing Affidavit was electronically filed through MDEC and emailed to Arnold Philips, Esq., afplaw@gmail.com, with a hard copy mailed first class, postage prepaid to Arnold Phillips, Esq., 25254B, Garrett Highway, McHenry, Maryland, AIS #941250051.

Alan L. Winik