

# DISTRICT COURT OF MARYLAND FOR Garrett County
Located at 205 S Third St, Oakland, Maryland 21550

Case No. D-122-CR-23-00024

**STATE OF MARYLAND**     **VS.**     **PARANDHAMAIA, GK**
2440 BITTINGER RD
SWANTON, MD 21561-0000

**COMMENTS:**
Reportedly, the defendant is
approximately 60 years of age.

CC#: G2023-04594   SID:     FBI#:
LID:     DL#:
Race: I   Sex: M   Ht: 0' 00"   Wt: 0   Hair:   Eyes:
DOB:     Home phone: 301-616-1193   Cellphone:

**Charge | Statute | Arrest**
TRESPASS: PRIVATE PROPERTY | CR 6 403 |

**Charge | Statute | Arrest**

## CRIMINAL SUMMONS ON CHARGING DOCUMENT

STATE OF MARYLAND, Garrett County, to wit:

**To the defendant:**

YOU ARE SUMMONED AND COMMANDED to appear for a Trial/Hearing on a date to be set by the Clerk to answer the charge(s) lodged against you in the charging document attached hereto.

**NOTICE TO DEFENDANT:** If you fail to appear at the place, time and date set forth above, a warrant for your arrest may be issued. If you change your name, address, or telephone number, you must notify the court at the above location prior to the hearing/trial date. To request a foreign language interpreter or a reasonable accommodation under the Americans with Disabilities Act, please contact the court immediately. **TTY users call Maryland RELAY: 711.** Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.

Date: 06/21/2023     Judge/Commissioner/Clerk: _____ ID: C031
Given to: GARRETT COUNTY SHERIFF'S DEPT

**NOTICE TO OFFICER:** If not served by 07/21/2023, return to the Court.

### ACKNOWLEDGEMENT

I acknowledge receipt of a copy of this Summons and Charging Document and hereby promise to appear in the District Court as directed by the Summons. I understand that acceptance of this Summons is not an admission of guilt but that my failure to appear at the place, time and date herein set forth will result in the issuance of a warrant for my arrest.

Date: 7/3/23 _____     Signature of Defendant: _____

### RETURN OF SERVICE

☐ I certify that I delivered a copy of this Summons and Charging Document to the defendant personally at

_____ o'clock ___ M. on _____ at _____
                               *Date*                                        *Place*

☐ I certify that the defendant could not be found.

☐ I certify that I personally attempted to deliver a copy of this Summons and Charging Document to the defendant, but they refused to accept and/or sign a receipt for the document(s).

_____       _____
    *Signature of Issuing Officer*                                       *Officer's Title*

_____       _____
    *Printed Name of Officer*

_____       _____
        *Date*                                     *Agency, Sub Agency, I.D.*

**DC-CR-005 (Rev. 05/2021)**       **Tracking No. 231001024962**

# DISTRICT COURT OF MARYLAND FOR Garrett County
Located at 205 S Third St, Oakland, Maryland 21550

Case No. D-122-CR-23-00024

**STATE OF MARYLAND**     **VS.**     **PARANDHAMAIA, GK**
2440 BITTINGER RD
SWANTON, MD 21561

COMPLAINANT:
SMITH, STEVEN
489 HICKORY RIDGE LN
SWANTON, MD 21561

| | | | |
|---|---|---|---|
| CC#: | | SID: | FBI#: |
| LID: | | DL#: | |
| Race: I | Sex: M | Ht: | Wt: | Hair: | Eyes: |
| DOB: | | Home phone: 301-616-1193 | Cellphone: |

## STATEMENT OF CHARGES

UPON THE FACTS CONTAINED IN THE APPLICATION OF SMITH, STEVEN IT IS FORMALLY CHARGED
THAT PARANDHAMAIA, GK at the dates, times and locations specified below:

| NUM | CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF THE CHARGE |
|---|---|---|---|---|
| 001 | 2 2220 | CR 6 403 | 90 D &/or $500.00 | TRESPASS: PRIVATE PROPERTY<br>On or About 07/21/2022 - 06/20/2023<br>2440 BITTINGER ROAD<br>SWANTON, GARRETT COUNTY, MARYLAND<br>...did enter upon the private property, and premises of STEVEN SMITH after having been duly notified not to do so by STEVEN SMITH, the owner. Against the Peace, Government, and Dignity of the State. |

**Date : 06/21/2023  Time : 12:25 PM**
**Tracking No. 231001024962**

Judicial Officer: _____  C03

**DISTRICT COURT OF MARYLAND FOR** Garrett County

☑ (City/County)

LOCATED AT (COURT ADDRESS)
205 S. Third Street

Oakland, MD 21550

DISTRICT COURT
CASE NUMBER

RELATED CASES:

| COMPLAINANT | DEFENDANT |
|---|---|
| Steven smith | GK & JODA. Paranohamaia |
| Printed Name | Printed Name |
| 489 Hickory Ridge ln. | 2440 Bittinger Rd |
| Address | Address |
| Swanton, MD    412-580-6408 | Swanton, MD    301-616-1193 |
| City, State, Zip    Telephone | City, State, Zip    Telephone |
| Agency, Sub-agency, and I.D. #    (Officer Only) | CC# |

**DEFENDANT'S DESCRIPTION:** Driver's License # _____ Sex **M** Race Indian Ht ___ Wt ___
Hair ___ Eyes ___ Complexion ___ Other Age Aprox 60yrs DOB ___ ID ___

## APPLICATION FOR STATEMENT OF CHARGES    Page 1 of ___

(Include a statement of facts within your personal knowledge (what you saw or heard, what someone said to you, etc.) showing that there is probable cause to believe that a crime has been committed and that the defendant has committed it. Please see the "NOTICE TO APPLICANT FOR A CHARGING DOCUMENT" for further information.)

I, the undersigned, apply for a statement of charges and a summons or warrant which may lead to the arrest of the above named defendant because on or about June 19, 2023 at 2440 Bittinger Rd.

___, the above named defendant

On July 21st, 2022 complainant purchased both 2714 & 2440 Bittinger Rd, Swanton md from defendant. At that time a lease agreement was signed by defendant granting them/him access to 2440 Bittinger Road. This agreement clearly outlined

(Continued on attached ___ pages) (DC-CR-001A)

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

June 20, 2023
Date

Officer's Signature

Printed Name

I have read or had read to me and I understand the notice on the back of this form.

June 20, 2023
Date

Steven Smith
Applicant's Signature

Printed Name

Subscribed and sworn to before me 06/20/2023 at 1:35 ☐ AM ☑ PM
Date    Time

Judge/Commissioner ___ Keohuer C031
ID Number

I understand that a charging document will be issued and that I must appear for trial ☐ on ___
Date

at ___, ☐ when notified by the clerk, at the court location shown at the top of this form.
Time

Applicant's Signature

✗ ☐ The applicant requests reasonable protection for safety of the alleged victim or the victim's family:

(Describe)

☑ I have advised applicant of the right to request shielding.    ☑ The applicant declines shielding.
☐ I declined to issue a charging document because of lack of probable cause.

Date

Commissioner    ID Number

**DC-CR-001** (Rev. 10/2020)

TRACKING NUMBER    Printed Name

**DISTRICT COURT OF MARYLAND FOR**

(City/County)

LOCATED AT (COURT ADDRESS)

DISTRICT COURT
CASE NUMBER

DEFENDANT'S NAME (LAST, FIRST, M.I.)

GK ~~& Jott~~ A. Parandhamaia

**APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)**   Page __2__ of __2__

the use of the home ONLY. Any additional use of property required(s) prior approval by complaintant which has not been requested or granted.

Defendant has trespassed consistently & increasingly on the land that surrounds 'leased' home to include:

→ plowing & planting acres of crops

→ leveling sections of land to provide an access for said farming activities.

→ adding storage containers & a dozen + pieces of farming tractors & equipment spread on property.

→ various piles of misc. materials stored on property.

On Friday, June 16th the defendants were formally notified by each party's attorneys to which 48 hours was given to remove all items from property. As of June 19, 2023 no action has been taken. All items remain & property remains damaged. I have personally witnessed them trespassing and have photo evidence.

June 20, 2023
Date

Applicant's Signature

Steven Smith
Printed Name

TRACKING NUMBER

DC-CR-001A (Rev. 04/2015)    Print Date (07/2015)

# NOTICE OF ADVICE OF RIGHT TO COUNSEL FOR ALL JUDICIAL PROCEEDINGS

## TO THE PERSON CHARGED:

1. This paper charges you with committing a crime.
2. If you have been arrested and remain in custody, you have the right to have a judicial officer decide whether you should be released from jail until your trial.
3. If you have been served with a citation or summons directing you to appear before a judicial officer for a preliminary inquiry at a date and time designated or within five days of service if no time is designated, a judicial officer will advise you of your rights, the charges against you, and penalties. The preliminary inquiry will be cancelled if a lawyer has entered an appearance to represent you.
4. You have the right to have a lawyer.
5. A lawyer can be helpful to you by:
   - (A) explaining the charges in  this paper;
   - (B) telling you the possible penalties;
   - (C) explaining any potential collateral consequences of a conviction including immigration consequences;
   - (D) helping you at trial;
   - (E) helping you protect your constitutional rights; and
   - (F) helping you to get a fair penalty if convicted.
6. Even if you plan to plead guilty, a lawyer can be helpful.
7. If you are eligible, the Public Defender or a court-appointed attorney will represent you at any initial appearance before a judicial officer and at any proceeding under Rule 4-216.2 to review an order of a District Court commissioner regarding pretrial release. If you want a lawyer for any further proceeding, including trial, but do not have the money to hire one, the Public Defender may provide a lawyer for you. To apply for Public Defender representation, contact a District Court commissioner.
8. If you want a lawyer but you cannot get one and the Public Defender will not provide one for you, contact the court clerk as soon as possible.
9. **DO NOT WAIT UNTIL THE DATE OF YOUR TRIAL TO GET A LAWYER.**   If you do not have a lawyer before the trial date, you may have to go to trial without one.

---

Contact information for District Court Commissioner's Offices can be found at:
http://www.mdcourts.gov/district/directories/commissionermap.html
If you require further information about qualifying for a Public Defender, call 1-833-453-9799.

---

## NOTICE TO DEFENDANT

1. **MUST APPEAR -**  If the offense with which you are charged is a 'MUST APPEAR' offense, you may not waive trial but are required to appear in court when notified. PLEASE NOTE THAT FAILURE TO APPEAR MAY RESULT IN A WARRANT FOR YOUR ARREST.
2. **PRESET FINE -**  You must either pay the preset fine, request a waiver hearing, or request a trial date within 30 days after receipt of the citation/summons/warrant.

   NOTE: If charged by citation, follow instructions on the citation. **IF CHARGED BY STATEMENT OF CHARGES (SUMMONS OR WARRANT), CHECK ONE OF THE FOLLOWING OPTIONS, SIGN AND DATE, AND MAIL THIS FORM, ALONG WITH A COPY OF THE STATEMENT OF CHARGES (SUMMONS OR WARRANT) TO THE ADDRESS SHOWN BELOW:**

☐ **OPTION #1:**
Pay the full amount of the preset fine at any District Court of Maryland location, or with a credit card at the Maryland Judiciary Website or by phone (see below) or by mail to the address shown below.
To pay by mail:
- Make your check or money order payable to the District Court of Maryland. Include citation number(s) you wish to pay on check.
- An additional $10 service fee will be imposed for each dishonored check.

☐ **OPTION #2:**
Request a Waiver Hearing: I admit I committed the violation in this Statement of Charges, and I request a waiver hearing to explain the circumstances to a judge. I understand this is not a trial, the officer and witnesses will not be present, and my appearance in court is for sentencing only.

☐ **OPTION #3:**
Request a trial date: I request a trial date for the violation(s) charged.

7/3/23
_____
Date

_____
Signature

**District Court Traffic Processing Center**
**District Court of Maryland**
**P.O. Box 6676**
**Annapolis, MD 21401-0676**

Please note that payment in full of the preset fine will close the violation and result in the entry of a conviction for the violation(s). Please note further that points will be assessed by Motor Vehicle Administration (MVA) on your driving record after conviction of a violation of the Motor Vehicle Laws of this State. If you fail to comply with one of the above options within 30 days of receipt of a citation/summons/warrant, MVA will be notified and may take actions to suspend your license. Driving on a suspended license is a criminal offense for which you could be incarcerated.

**FOR MORE INFORMATION AND TO PAY CITATIONS:**
Visit the MD Judiciary Website at  www.mdcourts.gov/district  or call the Interactive Voice Response (IVR) System for trial dates, court locations, and directions.

**From all areas including out-of-state calls:**       1-800-492-2656
**TTY users call Maryland RELAY: 711**

I have read or have had read to me the contents of the above notice and acknowledge receipt of a copy thereof.

| | | | |
|---|---|---|---|
| _____ | | _____ | |
| Date | Defendant | Date | Judge/Commissioner |

# IMPORTANT NOTICE

The attached papers charge you with committing a crime. Depending on the crime charged, a **jail sentence** could be imposed by the court if you are found guilty. You have a right to be represented at trial by a lawyer. **ACT IMMEDIATELY** to obtain a lawyer. If you cannot afford a lawyer, you may apply for the Public Defender through the **District Court Commissioner** who will determine if you are eligible for the Public Defender to represent you at trial. If you wait too long to retain the Public Defender or private counsel you can be made to stand trial without a lawyer. Applications are accepted at any District Court Commissioner's Office during operating hours. Please contact the office listed below for operating hours:

> **District Court Commissioner Station for** Garrett County
> 239 E. ALDER STREET
> Oakland, MD 21550
> 1-833-453-9799

You should bring the following papers to apply for the Public Defender's services:

1. Court charging documents/traffic tickets. (Statement of Charges/all documents issued to you by court).

2. Trial date notices from the court. (You may apply even if no trial date has been received.)

3. If you are employed:
   Written proof of salary, pay stubs, or other written verification of income for the last two pay periods.

4. If you are unemployed:
   Proof of public assistance, medical assistance, Social Security or
   Supplemental Security Income (SSI), or other assistance you are receiving.

> For more information on operating hours or locations visit the Maryland Judiciary website:
> mdcourts.gov/district/directories/commissionermap
> If you require further information about qualifying for the Public Defender, call 1-833-453-9799.

---

## IMPORTANT

IF THE COMMISSIONER DETERMINES THAT YOU ARE ELIGIBLE TO BE REPRESENTED BY THE PUBLIC DEFENDER AT TRIAL, YOU WILL RECEIVE A **FINAL QUALIFICATION** IN WRITING.
ONCE YOU HAVE RECEIVED THE FINAL QUALIFICATION, ALL QUESTIONS SHOULD BE DIRECTED TO THE PUBLIC DEFENDER'S OFFICE:

The address of the Public Defender is:

**2100 STARLITE PLAZA**

**OAKLAND, MARYLAND  21550**

Their telephone number is:          **301-334-9196**

The Office of the Public Defender is open weekdays from 8:30 a.m. to 4:30 p.m.

---

I have read, or have had read to me, the contents of the above notice and acknowledge receipt of a copy thereof.

7/3/23
DATE

*[signature]*
SIGNATURE OF DEFENDANT

## IF YOU DO NOT HAVE A LAWYER ON THE TRIAL DATE, YOU MAY
## HAVE TO GO TO TRIAL WITHOUT THE ASSISTANCE OF A LAWYER.

Revised 09/2021



## IMPORTANT



If the District Court Commissioner determines that you are eligible to be represented by the Public Defender at trial, you will receive a **FINAL QUALIFICATION** in writing. Once you have received your Final Qualification, all questions should be directed to the Public Defender's Office.

**IF YOU DO NOT HAVE A LAWYER ON THE TRIAL DATE, YOU MAY HAVE TO GO TO TRIAL WITHOUT THE ASSISTANCE OF A LAWYER.**

For more information about the Maryland Judiciary and the District Court visit:
**mdcourts.gov**

*The mission of the District Court of Maryland is to provide equal and exact justice for all who are involved in litigation before the court.*

This brochure is intended to inform the public. It is NOT legal advice. This brochure is subject to unscheduled and unannounced revisions. Any reproduction of this material must be authorized by the Office of the Chief Clerk of the District Court of Maryland.

**DC-099BR (Rev. 10/2021)**



## Public Defender Eligibility



How to Apply for a Public Defender

How to Apply for the Public Defender website
mdcourts.gov/district/pdinfo

## WHAT IS BAIL?

Bail is money paid to the court to ensure that an arrested person who is released from jail will show up at all required court appearances.

## WHO CAN POST BAIL FOR ME?

You may post bail for yourself, have someone over 18 years old post it on your behalf, or use a bondsperson. Whoever posts bail for you assumes full responsibility for your appearance in court. If you fail to appear as required, a warrant will be issued for your immediate arrest and the bail will be forfeited.

## HOW CAN I POST BAIL?

Bail may be posted in the following manner:

### 1. Cash Bail

"Cash bond" may be posted by the defendant, an individual, or by a private surety. Failure to pay support may be posted by the defendant only. If you appear for trial or the charges are disposed of before trial, the amount posted will be refunded. If you do not appear, the bail becomes due and any cash posted will be forfeited.

### 2. Property Bail

Property (e.g. land or home) in Maryland may be used to post bail, provided that the net equity in the property meets or exceeds the amount of bail. To determine net equity, deduct any liens, mortgages or deeds of trust, and ground rent, capitalized at 6 percent, from the assessed value of the property.

When posting property, you need to present tax bills, assessment notices, copies of a recorded deed or other public records. Each person whose name appears on the tax bill must sign the form, unless a power of attorney has been executed by one or both parties authorizing another signature.

### 3. Intangible Assets

Acceptable intangible assets include:
a.  Bankbooks and certificates of deposit accepted at 100 percent of stated value
b.  Letters of credit from a bank
c.  Certificates for stocks listed on the American or New York Stock Exchange, accepted at 75 percent of the present exchange quotation.

Only a clerk of the court may accept intangible assets; a commissioner may not. Present the required documents to a clerk at the court location where the case is pending.

### 4. Credit and Debit Cards

Bail may be charged on certain credit and debit cards. Although a commissioner or clerk accepts the card, an independent company processes the charge. The charge includes the amount of the bail and a service fee. (These charges will appear on your next credit or debit card statement.) The card and personal identification must be produced in person at the time of posting bail. (Contact a District Court commissioner or clerk for information on cards accepted and the fees charged.)

### 5. Professional Bail Bondsperson

A bail bondsperson charges a nonrefundable fee to post bail. In addition to the fee, the bondsperson may require collateral security or property to secure your release. Collateral will be returned to the person who posted it after disposition of the charges. The service fee and collateral received must be displayed on the bail bond form. Make certain that the information is correct on the form, that you receive a receipt and that you understand the action the bondsperson may take if you fail to meet your obligations.

For the telephone number of a bondsperson consult the Yellow Pages under "Bail Bonds."

## DO I NEED A LAWYER?

You are not required to have a lawyer. However, a lawyer will give you legal advice, help defend you, explain any potential collateral consequences of a conviction, including immigration consequences, and protect your interests before the court.

## HOW DO I GET A LAWYER?

If you wish to hire a lawyer but do not know one, or if you wish to defend yourself but want to consult with a lawyer, the Lawyer Referral Service of the local Bar Association can help. Check the Yellow Pages under *Lawyer Referral Service*.

If the offense is one that is punishable by imprisonment and you want to hire a lawyer but cannot afford one, the State may supply you with a lawyer free of charge, if you meet eligibility requirements. Contact a District Court commissioner at least two (2) weeks before your trial date.

If you do not meet eligibility requirements for a Public Defender, many organizations and law firms provide free or low cost legal services. Contact the Maryland State Bar Association or a local bar association for assistance.

## WHEN SHOULD I CONTACT A LAWYER?

**Immediately.** Your lawyer will need time to prepare your case for trial. If you have not hired your own lawyer or contacted the Public Defender by the time of your trial, the judge can make you go to trial without a lawyer.

**The Public Defender may refuse your case if you apply with less than 10 working days before trial.**

It is your responsibility to obtain legal counsel.

See section, "What Happens After I Am Arrested"

Contact information for District Court Commissioner's Offices can be found at: mdcourts.gov/district/directories/commissionermap If you require further information about qualifying for a Public Defender, call 1-833-453-9799.

Information contained in this brochure is intended to inform the public and not serve as legal advice. This brochure is subject to unscheduled and unannounced revisions. Any reproduction of this material must be authorized by the Office of the Chief Clerk of the District Court of Maryland. For more information, contact a clerk at the District Court of Maryland or visit the the website at: mdcourts.gov

DC-CR-002BR (Rev. 12/2022)

## Criminal Defendant

## What Happens When You Are Arrested for a Crime?



**DISTRICT COURT OF MARYLAND FOR Garrett County**
Located at 205 S Third St, Oakland, Maryland 21550

Case No. D-122-CR-23-00024

| **STATE OF MARYLAND** | **VS.** | **PARANDHAMAIA, JAM** |
|---|---|---|

2440 BITTINGER RD
SWANTON, MD 21561-0000

**COMMENTS:**
Reportedly, the defendant is
approximately 60 years of age.

| CC#: | SID: | FBI#: |
|---|---|---|
| LID: | DL#: | |

Race: W  Sex: F    Ht: 0' 00"    Wt: 0    Hair:    Eyes:
DOB:              Home phone: 301-616-1193  Cellphone:

**Charge | Statute | Arrest**
TRESPASS: PRIVATE PROPERTY | CR 6 403 |

**Charge | Statute | Arrest**

## CRIMINAL SUMMONS ON CHARGING DOCUMENT

STATE OF MARYLAND, Garrett County, to wit:

**To the defendant:**
YOU ARE SUMMONED AND COMMANDED to appear for a Trial/Hearing on a date to be set by the Clerk to answer the charge(s) lodged against you in the charging document attached hereto.

**NOTICE TO DEFENDANT:** If you fail to appear at the place, time and date set forth above, a warrant for your arrest may be issued. If you change your name, address, or telephone number, you must notify the court at the above location prior to the hearing/trial date. To request a foreign language interpreter or a reasonable accommodation under the Americans with Disabilities Act, please contact the court immediately. **TTY users call Maryland RELAY: 711.** Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.

Date: 06/21/2023    Judge/Commissioner/Clerk: _____    ID: C031
Given to: GARRETT COUNTY SHERIFF'S DEPT
    **NOTICE TO OFFICER:** If not served by 07/21/2023, return to the Court.

### ACKNOWLEDGEMENT

I acknowledge receipt of a copy of this Summons and Charging Document and hereby promise to appear in the District Court as directed by the Summons. I understand that acceptance of this Summons is not an admission of guilt but that my failure to appear at the place, time and date herein set forth will result in the issuance of a warrant for my arrest.

Date: 7/3/23    Signature of Defendant: _____

### RETURN OF SERVICE

☐ I certify that I delivered a copy of this Summons and Charging Document to the defendant personally at

_____ o'clock ___ M. on _____ at _____
                              *Date*                                *Place*

☐ I certify that the defendant could not be found.

☐ I certify that I personally attempted to deliver a copy of this Summons and Charging Document to the defendant, but they refused to accept and/or sign a receipt for the document(s).

_____
*Signature of Issuing Officer*

_____
*Officer's Title*

_____
*Printed Name of Officer*

_____
*Date*

_____
*Agency, Sub Agency, I.D.*

DC-CR-005 (Rev. 05/2021)    **Tracking No. 231001024973**





# DISTRICT COURT OF MARYLAND FOR Garrett County
Located at 205 S Third St, Oakland, Maryland 21550

Case No. D-122-CR-23-00024

**STATE OF MARYLAND**    **VS.**    **PARANDHAMAIA, JAM**

COMPLAINANT:
SMITH, STEVEN
489 HICKORY RIDGE RD
SWANTON, MD 21561

2440 BITTINGER RD
SWANTON, MD 21561

CC#: 62023-04595   SID:     FBI#:
LID:            DL#:
Race: W   Sex: F   Ht:     Wt:     Hair:     Eyes:
DOB:        Home phone: 301-616-1193   Cellphone:

## STATEMENT OF CHARGES

UPON THE FACTS CONTAINED IN THE APPLICATION OF SMITH, STEVEN IT IS FORMALLY CHARGED THAT PARANDHAMAIA, JAM at the dates, times and locations specified below:

| NUM | CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF THE CHARGE |
|---|---|---|---|---|
| 001 | 2 2220 | CR 6 403 | 90 D &/or $500.00 | TRESPASS: PRIVATE PROPERTY<br>On or About 07/21/2022 - 06/20/2023<br>2440 BITTINGER ROAD<br>SWANTON, GARRETT COUNTY, MARYLAND<br>...did enter upon the private property, and premises of STEVEN SMITH after having been duly notified not to do so by STEVEN SMITH, the owner.<br>Against the Peace, Government, and Dignity of the State. |

Date : 06/21/2023  Time : 12:30 PM
Tracking No. 231001024973

Judicial Officer: _____ C0:

**DISTRICT COURT OF MARYLAND FOR** Garrett County _____ ☑(City/County)

LOCATED AT (COURT ADDRESS)
205 S. Third Street

Oakland, MD 21550

| DISTRICT COURT CASE NUMBER | RELATED CASES: |

### COMPLAINANT

Printed Name: Steven Smith

Address: 484 Hickory Ridge Rd

City, State, Zip: Swanton MD    Telephone: 412-580-6408

Agency, Sub-agency, and I.D. # _____  (Officer Only)

### DEFENDANT

Printed Name: Jam Parandhamaia

Address: 2440 Bittinger Rd.

City, State, Zip: Swanton MD    Telephone: 301-616-1193

CC# _____

DEFENDANT'S DESCRIPTION: Driver's License # _____ Sex F Race White ~~Feller~~ Ht ___ Wt ___

Hair ___ Eyes ___ Complexion ___ Other Age Aprox 60 y.o. DOB ___ ID ___

## APPLICATION FOR STATEMENT OF CHARGES    Page 1 of ___

(Include a statement of facts within your personal knowledge (what you saw or heard, what someone said to you, etc.) showing that there is probable cause to believe that a crime has been committed and that the defendant has committed it. Please see the "NOTICE TO APPLICANT FOR A CHARGING DOCUMENT" for further information.)

I, the undersigned, apply for a statement of charges and a summons or warrant which may lead to the arrest of the above named defendant because on or about June 19, 2023 at 2440 Bittinger Rd

On July 21st, 2022 Complaintant purchased both the above named defendant 2714 & 2440 Bittinger Rd, Swanton MD from the defendant. At that time a lease agreement was signed by defendant granting her access to 2440 Bittinger Rd. This agreement clearly outlined

(Continued on attached _____ pages) (DC-CR-001A)

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

June 20, 2023
Date                                                          Officer's Signature

_____
Printed Name

I have read or had read to me and I understand the notice on the back of this form.

June 20, 2023
Date

Steven G. Smith
Applicant's Signature

Steven G. Smith
Printed Name

Subscribed and sworn to before me 06/20/2023 at 1:35 ☐ AM ☑ PM
                                  Date              Time

Judge/Commissioner _____ A Keemer CO31
                                              ID Number

I understand that a charging document will be issued and that I must appear for trial ☐ on _____
                                                                                           Date

at _____, ☐ when notified by the clerk, at the court location shown at the top of this form.
      Time

☐ The applicant requests reasonable protection for safety of the alleged victim or the victim's family:
_____
                        Applicant's Signature

(Describe)

☑ I have advised applicant of the right to request shielding.  ☑ The applicant declines shielding.
☐ I declined to issue a charging document because of lack of probable cause.

_____    _____
Date                        Commissioner                ID Number

DC-CR-001 (Rev. 10/2020)

TRACKING NUMBER        Printed Name

LOCATED AT (COURT ADDRESS)

(City/County)

DISTRICT COURT
CASE NUMBER

DEFENDANT'S NAME (LAST, FIRST, M.I.)

Jan A. Parandhamaia

## APPLICATION FOR STATEMENT OF CHARGES (CONTINUED) Page 2 of 2

the use of the home only. Any additional use of property required(s) prior approval by complantant which has not been requested or granted.

Defendant has trespassed consistantly & increasingly on the land that surrounds the leased home to include:

→ plowing & planting acres of crops
→ leveling sections of land to provide access for said farming activitys.
→ Adding storage containers and a dozen+ pieces of farming equipment spread acros property
→ Various piles of misc materials stored across property

On Friday June 16th, the defendants were formally notified by each parties attorneys to which 48 hours was given to remove all items from property. As of June 19, 2023 no action has been taken! All items remain & property remains damaged I have personally withessed them tresspassi and have photo evidence.

June 20, 2023
Date

Steven Smith
Applicant's Signature

Printed Name

TRACKING NUMBER

DC-CR-001A (Rev. 04/2015)  Print Date (07/2015)

# NOTICE OF RIGHT TO COUNSEL & JUDICIAL PROCEEDINGS

**TO THE PERSON CHARGED:**

1. This paper charges you with committing a crime.
2. If you have been arrested and remain in custody, you have the right to have a judicial officer decide whether you should be released from jail until your trial.
3. If you have been served with a citation or summons directing you to appear before a judicial officer for a preliminary inquiry at a date and time designated or within five days of service if no time is designated, a judicial officer will advise you of your rights, the charges against you, and penalties. The preliminary inquiry will be cancelled if a lawyer has entered an appearance to represent you.
4. You have the right to have a lawyer.
5. A lawyer can be helpful to you by:
   (A) explaining the charges in  this paper;
   (B) telling you the possible penalties;
   (C) explaining any potential collateral consequences of a conviction including immigration consequences;
   (D) helping you at trial;
   (E) helping you protect your constitutional rights; and
   (F) helping you to get a fair penalty if convicted.
6. Even if you plan to plead guilty, a lawyer can be helpful.
7. If you are eligible, the Public Defender or a court-appointed attorney will represent you at any initial appearance before a judicial officer and at any proceeding under Rule 4-216.2 to review an order of a District Court commissioner regarding pretrial release. If you want a lawyer for any further proceeding, including trial, but do not have the money to hire one, the Public Defender may provide a lawyer for you. To apply for Public Defender representation, contact a District Court commissioner.
8. If you want a lawyer but you cannot get one and the Public Defender will not provide one for you, contact the court clerk as soon as possible.
9. **DO NOT WAIT UNTIL THE DATE OF YOUR TRIAL TO GET A LAWYER.**   If you do not have a lawyer before the trial date, you may have to go to trial without one.

---

Contact information for District Court Commissioner's Offices can be found at:
http://www.mdcourts.gov/district/directories/commissionermap.html
If you require further information about qualifying for a Public Defender, call 1-833-453-9799.

---

## NOTICE TO DEFENDANT

1. **MUST APPEAR -**   If the offense with which you are charged is a 'MUST APPEAR' offense, you may not waive trial but are required to appear in court when notified. PLEASE NOTE THAT FAILURE TO APPEAR MAY RESULT IN A WARRANT FOR YOUR ARREST.
2. **PRESET FINE -**   You must either pay the preset fine, request a waiver hearing, or request a trial date within 30 days after receipt of the citation/summons/warrant.

**NOTE:** If charged by citation, follow instructions on the citation.  **IF CHARGED BY STATEMENT OF CHARGES (SUMMONS OR WARRANT), CHECK ONE OF THE FOLLOWING OPTIONS, SIGN AND DATE, AND MAIL THIS FORM, ALONG WITH A COPY OF THE STATEMENT OF CHARGES (SUMMONS OR WARRANT) TO THE ADDRESS SHOWN BELOW:**

☐ **OPTION #1:**
Pay the full amount of the preset fine at any District Court of Maryland location, or with a credit card at the Maryland Judiciary Website or by phone (see below) or by mail to the address shown below.
To pay by mail:
- Make your check or money order payable to the District Court of Maryland. Include citation number(s) you wish to pay on check.
- An additional $10 service fee will be imposed for each dishonored check.

☐ **OPTION #2:**
Request a Waiver Hearing: I admit I committed the violation in this Statement of Charges, and I request a waiver hearing to explain the circumstances to a judge. I understand this is not a trial, the officer and witnesses will not be present, and my appearance in court is for sentencing only.

☐ **OPTION #3:**
Request a trial date: I request a trial date for the violation(s) charged.

7/3/23
Date

Signature

**District Court Traffic Processing Center**
**District Court of Maryland**
**P.O. Box 6676**
**Annapolis, MD 21401-0676**

Please note that payment in full of the preset fine will close the violation and result in the entry of a conviction for the violation(s). Please note further that points will be assessed by Motor Vehicle Administration (MVA) on your driving record after conviction of a violation of the Motor Vehicle Laws of this State. If you fail to comply with one of the above options within 30 days of receipt of a citation/summons/warrant, MVA will be notified and may take actions to suspend your license. Driving on a suspended license is a criminal offense for which you could be incarcerated.

**FOR MORE INFORMATION AND TO PAY CITATIONS:**
Visit the MD Judiciary Website at  www.mdcourts.gov/district  or call the Interactive Voice Response (IVR) System for trial dates, court locations, and directions.

   **From all areas including out-of-state calls:**       1-800-492-2656
   **TTY users call Maryland RELAY: 711**
I have read or have had read to me the contents of the above notice and acknowledge receipt of a copy thereof.

7/3/23
Date

Defendant

Date                     Judge/Commissioner

AOV-SOC   (Rev. 10/2017)

# IMPORTANT NOTICE

The attached papers charge you with committing a crime. Depending on the crime charged, a **jail sentence** could be imposed by the court if you are found guilty. You have a right to be represented at trial by a lawyer. **ACT IMMEDIATELY** to obtain a lawyer. If you cannot afford a lawyer, you may apply for the Public Defender through the **District Court Commissioner** who will determine if you are eligible for the Public Defender to represent you at trial. If you wait too long to retain the Public Defender or private counsel you can be made to stand trial without a lawyer. Applications are accepted at any District Court Commissioner's Office during operating hours. Please contact the office listed below for operating hours:

**District Court Commissioner Station for** Garrett County

239 E. ALDER STREET

Oakland, MD 21550

1-833-453-9799

You should bring the following papers to apply for the Public Defender's services:

1.  Court charging documents/traffic tickets. (Statement of Charges/all documents issued to you by court).

2.  Trial date notices from the court. (You may apply even if no trial date has been received.)

3.  If you are employed:
    Written proof of salary, pay stubs, or other written verification of income for the last two pay periods.

4.  If you are unemployed:
    Proof of public assistance, medical assistance, Social Security or
    Supplemental Security Income (SSI), or other assistance you are receiving.

For more information on operating hours or locations visit the Maryland Judiciary website:
mdcourts.gov/district/directories/commissionermap
If you require further information about qualifying for the Public Defender, call 1-833-453-9799.

## IMPORTANT

IF THE COMMISSIONER DETERMINES THAT YOU ARE ELIGIBLE TO BE REPRESENTED BY THE PUBLIC DEFENDER AT TRIAL, YOU WILL RECEIVE A **FINAL QUALIFICATION** IN WRITING.
ONCE YOU HAVE RECEIVED THE FINAL QUALIFICATION, ALL QUESTIONS SHOULD BE DIRECTED TO THE PUBLIC DEFENDER'S OFFICE:

The address of the Public Defender is:

**2100 STARLITE PLAZA**

**OAKLAND, MARYLAND 21550**

Their telephone number is:        **301-334-9196**

The Office of the Public Defender is open  weekdays from 8:30 a.m. to 4:30 p.m.

I have read, or have had read to me, the contents of the above notice and acknowledge receipt of a copy thereof.

7/3/23
DATE

SIGNATURE OF DEFENDANT

## IF YOU DO NOT HAVE A LAWYER ON THE TRIAL DATE, YOU MAY HAVE TO GO TO TRIAL WITHOUT THE ASSISTANCE OF A LAWYER.

Revised 09/2021

## What Is Bail?

Bail is money paid to the court to ensure that an arrested person who is released from jail will show up at all required court appearances.

## Who Can Post Bail For Me?

You may post bail for yourself, have someone over 18 years old post it on your behalf, or use a bondsperson. Whoever posts bail for you assumes full responsibility for your appearance in court. If you fail to appear as required, a warrant will be issued for your immediate arrest and the bail will be forfeited.

## How Can I Post Bail?

Bail may be posted in the following manner:

### 1. Cash Bail

"Cash bond" may be posted by the defendant, an individual, or by a private surety. Failure to pay support may be posted by the defendant only. If you appear for trial or the charges are disposed of before trial, the amount posted will be refunded. If you do not appear, the bail becomes due and any cash posted will be forfeited.

### 2. Property Bail

Property (e.g. land or home) in Maryland may be used to post bail, provided that the net equity in the property meets or exceeds the amount of bail. To determine net equity, deduct any liens, mortgages or deeds of trust, and ground rent, capitalized at 6 percent, from the assessed value of the property.

When posting property, you need to present tax bills, assessment notices, copies of a recorded deed or other public records. Each person whose name appears on the tax bill must sign the form, unless a power of attorney has been executed by one or both parties authorizing another signature.

### 3. Intangible Assets

Acceptable intangible assets include:

a. Bankbooks and certificates of deposit accepted at 100 percent of stated value

b. Letters of credit from a bank

c. Certificates for stocks listed on the American or New York Stock Exchange, accepted at 75 percent of the present exchange quotation.

Only a clerk of the court may accept intangible assets; a commissioner may not. Present the required documents to a clerk at the court location where the case is pending.

### 4. Credit and Debit Cards

Bail may be charged on certain credit and debit cards. Although a commissioner or clerk accepts the card, an independent company processes the charge. The charge includes the amount of the bail and a service fee. (These charges will appear on your next credit or debit card statement.) The card and personal identification must be produced in person at the time of posting bail. (Contact a District Court commissioner or clerk for information on cards accepted and the fees charged.)

### 5. Professional Bail Bondsperson

A bail bondsperson charges a nonrefundable fee to post bail. In addition to the fee, the bondsperson may require collateral security or property to secure your release. Collateral will be returned to the person who posted it after disposition of the charges. The service fee and collateral received must be displayed on the bail bond form. Make certain that the information is correct on the form, that you receive a receipt and that you understand the action the bondsperson may take if you fail to meet your obligations.

For the telephone number of a bondsperson, consult the Yellow Pages under "Bail Bonds."

## Do I Need a Lawyer?

You are not required to have a lawyer. However, a lawyer will give you legal advice, help defend you, explain any potential collateral consequences of a conviction, including immigration consequences, and protect your interests before the court.

## How Do I Get a Lawyer?

If you wish to hire a lawyer but do not know one, or if you wish to defend yourself but want to consult with a lawyer, the Lawyer Referral Service of the local Bar Association can help. Check the Yellow Pages under *Lawyer Referral Service*.

If the offense is one that is punishable by imprisonment and you want to hire a lawyer but cannot afford one, the State may supply you with a lawyer free of charge, if you meet eligibility requirements. Contact a District Court commissioner at least two (2) weeks before your trial date.

If you do not meet eligibility requirements for a Public Defender, many organizations and law firms provide free or low cost legal services. Contact the Maryland State Bar Association or a local bar association for assistance.

## When Should I Contact a Lawyer?

Immediately. Your lawyer will need time to prepare your case for trial. If you have not hired your own lawyer or contacted the Public Defender by the time of your trial, the judge can make you go to trial without a lawyer.

The Public Defender may refuse your case if you apply with less than 10 working days before trial.

It is your responsibility to obtain legal counsel.

See section, "What Happens After I Am Arrested"

Contact information for District Court Commissioner's Offices can be found at:
mdcourts.gov/district/directories/commissionermap

If you require further information about qualifying for a Public Defender, call 1-833-453-9799.

Information contained in this brochure is intended to inform the public and not serve as legal advice. This brochure is subject to unscheduled and unannounced revisions. Any reproduction of this material must be authorized by the Office of the Chief Clerk of the District Court of Maryland. For more information, contact a clerk at the District Court of Maryland or visit the the website at: mdcourts.gov

DC-CR-002BR (Rev. 12/2022)

# Criminal Defendant

## What Happens When You Are Arrested for a Crime?

**IMPORTANT**

If the District Court Commissioner determines that you are eligible to be represented by the Public Defender at trial, you will receive a **FINAL QUALIFICATION** in writing.

Once you have received your final qualification, all questions should be directed to the Public Defender's Office.

**IF YOU DO NOT HAVE A LAWYER ON THE TRIAL DATE, YOU MAY HAVE TO GO TO TRIAL WITHOUT THE ASSISTANCE OF A LAWYER.**



For more information about the Maryland Judiciary and the District Court visit:

mdcourts.gov

*The mission of the District Court of Maryland is to provide equal and exact justice for all who are involved in litigation before the court.*

This brochure is intended to inform the public. It is NOT legal advice. This brochure is subject to unscheduled and unannounced revisions. Any reproduction of this material must be authorized by the Office of the Chief Clerk of the District Court of Maryland.

DC-099BR (Rev. 10/2021)

# Public Defender Eligibility



How to Apply for the Public Defender website
mdcourts.gov/district/pdinfo

