**IN THE DISTRICT COURT OF MARYLAND FOR GARRETT COUNTY**

**JAN PARANDHAMAIA**                    :

    Petitioner                         :

    vs.                                :    **Case No. D-122-CV-23-818665**

**STEVE SMITH**                         :

    Respondent                         :


\* \* \* \* \* \*

**TRANSCRIPT OF PROCEEDINGS**

Oakland, Maryland

Thursday, July 20, 2023


\* \* \* \* \* \*


BEFORE:

    **THE HONORABLE STEPHAN M. MOYLAN, Judge**


APPEARANCES:

    **ROBERT ALLEN, ESQ.** on behalf of Petitioner

    **ALAN L. WINIK, ESQ.** on behalf of Respondent

MR. WINIK:  Oh, okay.

THE COURT:  So they hadn't completed their case yet.

MR. WINIK:  Okay, that's fine.

THE COURT:  So they -- Mr. Allen, I assume you still want to call Mr. Smith to the stand?

MR. ALLEN:  Yeah, we'll call Mr. Smith to the stand, Your Honor.

*(Witness sworn by the Court.)*

THE COURT:  You may be seated.  Once you've been seated, state your name and address for the record, please.

THE WITNESS:  Steven Smith, 465 Hickory Ridge Road, Swanton, Maryland.

THE COURT:  Witness is with you, Mr. Allen.

MR. ALLEN:  Sure.

**STEVE SMITH**

a witness produced on call of the Petitioner, having been duly sworn according to law, was examined and testified as follows:

**DIRECT EXAMINATION**

BY MR. ALLEN:

Q.   And could you tell me very briefly about your education, please.

A.   Uh, undergraduate from University of New Hampshire, graduate degree from Carnegie Mellon in Pittsburgh.

Q.   And have you ever been a teacher?

A.   Yeah.  I was an adjunct professor for many years at Carnegie Mellon.

Q.   Okay.  And what brought you to Garrett County?

A.   What brought me here?

Q.   Yes, sir.

A.   The beauty of the land and the surroundings. I've been here and had -- that was our fourth home in the area for the last 15, 20 years.

Q.   Okay.  And you lived there with your wife, and your adult children visited.  Is that correct?

A.   Yes.

Q.   Okay.  How many times in your life have you ever interacted with the Petitioner?

A.   One time, one day.

Q.   And what -- could you tell us about that,

STATE OF MARYLAND,

GARRETT COUNTY, to-wit:

I, Christina D. Pratt, a Notary Public for the State of Maryland, do hereby certify that the aforegoing is a true and accurate transcript of an electronic recording of the Proceedings held in the above-entitled matter in the District Court of Maryland for Garrett County, Maryland, on July 20, 2023, before the Honorable Stephan Moylan.

As witness my hand and Notarial Seal this 5th day of August, 2023.

_____
Christina D. Pratt

My commission expires:

November 10, 2024