COPY

# IN THE CIRCUIT COURT FOR GARRETT COUNTY, MARYLAND

**G K PARANDHAMAIA, ET AL**  :

Plaintiffs/Counter-Defendants  :  **Case Nos. C-11-CV-23-070**

vs.  :

**SMITH FARM HOLDINGS, LLC**  :

Defendant/Counter-Plaintiff  :

\* \* \* \* \* \*

TRANSCRIPT OF PROCEEDINGS

Oakland, Maryland

Court Trial - Volume I

Tuesday, September 5, 2023

\* \* \* \* \* \*

BEFORE:

THE HONORABLE W. TIMOTHY FINAN, Judge

APPEARANCES:

ARNOLD F. PHILLIPS / ADAM D. GREIVELL

on behalf of Plaintiffs

ALAN L. WINIK / NICHOLAS L.FISKE / DAVID B. POOLE

on behalf of Defendant

Word for Word Reporting
Swanton, MD 21561
301-616-3609

**STEVEN GEORGE SMITH**

a witness produced on call of the Defendant,

having been duly sworn according to law, was

examined and testified as follows:

**DIRECT EXAMINATION**

BY MR. WINIK:

Q.  Good afternoon, Mr. Smith.  Where do you live?

A.  Uh, we live at, uh, what's the address?  I don't know the address, uh, 465 Hickory Ridge Road.

Q.  And where's that?

A.  Swanton.

Q.  Okay.  And, um, just to clear something up as far as your location, during the winter of 2023, where were you?

A.  I'm a resident of Florida and, uh, 1570 Bonita Lane is our address down south.

Q.  And --

A.  That's in Naples, Florida.

Q.  And how long were you in Naples, Florida during the winter of 2023?

A.  About eight months.  We got hit by the

Page 260

hurricane the second we got there, and then it kind of crushed everything for us, so --

Q.    Right.  And then you came back to Maryland when?

A.    May, near the end of May.

Q.    Okay.  Calling your attention to the reason why we've all gathered here today, um, did there come a time when you entered into a contract for purchase of some land in Garrett County, Maryland?

A.    Yes, sir.

Q.    And when was that?

A.    It was July 20 -- I don't know the date, I'm sorry.  We've talked so many dates today, I'm a little dizzy.  I think it was July 22nd.  Does that sound right, the date we closed?

Q.    That was --

A.    July 21st maybe.

Q.    Of what year?

A.    Two thousand twenty-two.

Q.    All right.  And, um, did you retain the services of a real estate broker or agent in the course of your interest in --

STATE OF MARYLAND,

COUNTY OF GARRETT, to-wit:

I, Christina D. Pratt, official court transcriber for the Circuit Court for Garrett County, do hereby certify that the within proceedings were taken before the Honorable W. Timothy Finan, Judge, on the 5th day of September, 2023; and

I further certify that page numbers 2 through 318 constitute the official transcript of the proceedings as transcribed by me from the electronic recording to the within typewritten matter; and

I further certify that the foregoing transcript is a true and accurate record of the proceedings herein to the best of my knowledge and belief.

Given under my hand this ___5th___ day of February, 2024.

_Christina D. Pratt_
Christina D. Pratt