

# IN THE CIRCUIT COURT FOR GARRETT COUNTY, MARYLAND

G K PARANDHAMAIA, ET AL          :

Plaintiffs/Counter-Defendants    :          Case Nos. C-11-CV-23-070

vs.                              :

SMITH FARM HOLDINGS, LLC    :

Defendant/Counter-Plaintiff      :

\* \* \* \* \* \*

## TRANSCRIPT OF PROCEEDINGS

Oakland, Maryland

Court Trial - Volume II

Wednesday, October 4, 2023

\* \* \* \* \* \*

BEFORE:

   **THE HONORABLE W. TIMOTHY FINAN, Judge**

APPEARANCES:

   **ARNOLD F. PHILLIPS / ADAM D. GREIVELL**

   on behalf of Plaintiffs

   **ALAN L. WINIK / NICHOLAS L.FISKE / DAVID B. POOLE**

   on behalf of Defendant

Word for Word Reporting
Swanton, MD 21561
301-616-3609

them mowing the lawn, et cetera, we saw the pictures from June or May of 2023. There was no mowing there, and it wasn't until my client got back from Florida where he spends the winter, that he realized there was an issue with the -- uh, them using the entire property, planting a field which they're now calling a garden, which we saw was extremely large, and my client, through me, sent them a letter and asked them to stop. In return, he was charged with trespassing on his own property that he owned.

They continued to farm. They took no action to cease their act -- they took no action to cease their conduct, and that's what happened between June and August when we filed our counter-complaint. My client was charged twice, had to go to a peace order hearing which we've heard about, and, um, you know, had to deal with all of that.

And so, on the issue of irreparable harm, you know, my client's facing now a second set of criminal charges for trespassing on his own property. If he -- if we don't have a determination about what it is the Plaintiffs are entitled to use here, my

STATE OF MARYLAND,

COUNTY OF GARRETT, to-wit:

I, Christina D. Pratt, official court transcriber for the Circuit Court for Garrett County, do hereby certify that the within proceedings were taken before the Honorable W. Timothy Finan, Judge, on the 4th day of October, 2024; and

I further certify that page numbers 2 through 147 constitute the official transcript of the proceedings as transcribed by me from the electronic recording to the within typewritten matter; and

I further certify that the foregoing transcript is a true and accurate record of the proceedings herein to the best of my knowledge and belief.

Given under my hand this 5th day of February, 2024.

_Christina D. Pratt_
Christina D. Pratt