**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND NORTHERN DIVISION**

GK PARANDHAMAIA and JAN
PARANDHAMAIA,

      Plaintiffs,

      v.

SMITH FARM HOLDINGS, LLC and
STEVEN G. SMITH,

      Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CIVIL ACTION No. 1:25-cv-02691-SAG

**OPPOSITION TO MOTION TO DISMISS**

COMES NOW Plaintiffs, GK and Jan Parandhamaia, by and through their attorneys, Adam D. Greivell, Esq., and Arnold Phillips, Esq., and file this OPPOSITION TO MOTION TO DISMISS, and for reasons state:

**INTRODUCTION**

1. Plaintiffs originally filed a six-count Complaint in the Circuit Court for Garrett County, Maryland.

2. Defendants removed the case to this Court on or about August 21, 2025 and moved to dismiss.

3. Plaintiffs moved for remand, and, on Nov. 3, 2025, this Court denied the motion, affirming diversity of citizenship, and directing Plaintiffs to respond to the Motion to Dismiss within 14 days.

4. Plaintiffs filed a First Amended Complaint on Nov. 17, 2025, addressing substantive defects asserted by the Defendants, eliminating one claim, adding six new claims, and addressing conduct that had not yet occurred prior to the filing of the original complaint, or the motion to dismiss.

THE
GREIVELL
FIRM

5 Cornell Avenue
Hagerstown, MD 21742
(240) 528-8150
www.gfirm.us

5. The major changes in the First Amended Complaint are summarized in the table, below.

| Count | Original Complaint | Count | First Amended Complaint |
|---|---|---|---|
| I | Breach of Contract (Lease Agreement) | I | Breach of Contract (Lease Agreement) |
| II | Invasion of Privacy (Intrusion Upon Seclusion) | II | Invasion of Privacy (Intrusion Upon Seclusion) |
| III | Intentional Infliction of Emotional Distress | [ x ] | [withdrawn] |
| IV | Nuisance | III | Nuisance |
| V | Trespass to Land | IV | Trespass to Land |
| VI | Retaliatory Eviction | V | Retaliatory Eviction |
|  |  | VI | Civil Conspiracy (Breach of Lease) |
|  |  | VII | Civil Conspiracy (Retaliatory Eviction |
|  |  | VIII | Permanent Injunction (Removal of Cameras) |
|  |  | IX | Permanent Injunction (Removal of Fencing) |
|  |  | X | Declaratory Judgment and Equitable Relief (Extension of Lease Term) |

6. Counts VI thru X of the First Amended Complaint are new, and the remaining counts have been updated to include recent conduct, and to reflect the recent developments in Maryland criminal law regarding the expanded protections against visual surveillance on residences under Criminal Law Article, § 3-803, which have become effective October 1, 2025, and remain unabated.

THE
GREIVELL
FIRM

5 Cornell Avenue
Hagerstown, MD 21742
(240) 528-8150
www.gfirm.us

## STANDARD OF REVIEW

### Standard of Review for Rule 12(b)(6) Motion to Dismiss

7.  This Court succinctly discussed the standard of review for a motion to dismiss for failure to state a claim under Rule 12(b)(6) in Buchanan v. Consolidated Stores Corp., 2125 F. Supp. 2d 730 (D. Md. 2001):

> A Rule 12(b)(6) challenge requires a court to accept all well-pled allegations of the complaint as true and to construe the facts and reasonable inferences derived therefrom in the light most favorable to the plaintiff. *Ibarra v. United States*, 120 F.3d 472, 473 (4th Cir.1997). Such a motion ought not be granted unless "it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." *Conley v. Gibson*, 355 U.S. 41, 45-46, 78 S.Ct. 99, 2 L.Ed.2d 80 (1957).

### Standard of Review for Rule 12(b)(6) Motion Following Amended Complaint

8.  To the extent that the Motion to Dismiss sought to dismiss the original Complaint for failure to state a claim upon which relief can be granted based on Rule 12(b)(6), such motions are ordinarily denied as moot since an Amended Complaint supersedes the original Complaint.  *See Turner v. Knight* 192 F. Supp. 2d 391 (D. Md. 2002) (Denying motion to dismiss directed at original complaint as moot when superseded by amended complaint); *see also, Buechler v. Your Wine & Spirit Shoppe, Inc*., 846 F. Supp. 2d 406 (D. Md. 2012) (Rule 12(b)(6) motion denied as moot following filing of amended complaint, and noting "This is in keeping with the established precept that an amended pleading ordinarily supersedes an earlier pleading and renders it of no further legal effect," but also finding favor with Wright's Federal Practice, reasoning: "'If some of the defects raised in the original motion remain in the new pleading, the court simply may consider the motion as being addressed to the amended pleading. To hold otherwise would be to exalt form over substance.'").

THE
GREIVELL
FIRM

5 Cornell Avenue
Hagerstown, MD 21742
(240) 528-8150
www.gfirm.us

**ARGUMENT**

9.  Any and all asserted deficiencies raised by the Defendants in their Motion to Dismiss have been fully addressed, eliminated, and/or mooted by the First Amended Complaint.

**CONCLUSION**

For the reasons set forth herein, the Motion to Dismiss should be denied.

Respectfully submitted,

Dated: November 17, 2025

/s/ Adam D. Greivell
Adam D. Greivell, Esquire
(MD Bar No. 28917)
**The Greivell Firm**
5 Cornell Avenue
Hagerstown, MD 21742
(240) 528-8150
adam@gfirm.us
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that I reviewed the Court's CM/ECF system, and it reports that on November 17, 2025, an electronic copy of the foregoing Opposition to Motion to Dismiss will be served electronically by the Court's CM/ECF system on the following:

Tracey B. Eberling (tracey.eberling@steptoe-johnson.com)
Nicholas L. Fiske (nick.fiske@steptoe-johnson.com)
Joseph R. Lewis, III (joseph.lewis@steptoe-johnson.com)

/s/ Adam D. Greivell
Adam D. Greivell, Esquire

THE
GREIVELL
FIRM

5 Cornell Avenue
Hagerstown, MD 21742
(240) 528-8150
www.gfirm.us