**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | | |
|---|---|---|
| GK PARANDHAMAIA and JAN PARANDHAMAIA, | * | |
| | * | |
| | * | |
| Plaintiffs, | * | CIVIL ACTION No. 1:25-cv-02691-SAG |
| | * | |
| | * | |
| v. | * | |
| | * | |
| SMITH FARM HOLDINGS, LLC and STEVEN G. SMITH, | * | |
| | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \* \* \* \*

**ORDER**

Having read and considered Defendant's Motion to Dismiss, the filing of the Plaintiffs' First Amended Complaint, the Plaintiff's Opposition to the Motion to Dismiss, and any reply or sur-reply that may have been filed, it is hereby ORDERED that the Defendant's Motion to Dismiss is DENIED.

**IT IS SO ORDERED.**

_____
**Date**

_____
**Hon. Stephanie A. Gallagher**
**United States District Judge**

Page 1 of 1