**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

GK PARANDHAMAIA et al

    Plaintiff,

    v.                                                                  Civil Action No.:  SAG-25-02691

SMITH FARM HOLDINGS, LLC

    Defendants.

**ORDER**

This case continues to present in a muddled procedural posture because Plaintiff has not filed a substantive response to the motion to dismiss filed by Defendants Smith Farm Holdings, LLC and Steven G. Smith, ECF 9. Initially, instead of filing a substantive response, Plaintiff filed a motion to remand the case to state court, which this Court denied. ECF 12, 16. Despite the fact that Plaintiff had missed the response deadline for the motion, this Court afforded Plaintiff another two weeks to file his substantive response. ECF 16. This time, instead of substantively responding to Defendants' arguments, Plaintiff filed an Amended Complaint without seeking leave of Court pursuant to Fed. R. Civ. P. 15. Because it was filed in violation of the rule, the Amended Complaint must be stricken from the docket.

Nevertheless, given Plaintiff's apparent intent to seek leave to amend, to try to improve the case's procedural posture, this Court will grant Defendants' motion to dismiss, ECF 9, without prejudice as unopposed and will afford Plaintiff fourteen days to file a motion seeking leave to file an Amended Complaint. Should no such motion be filed timely, this case will be closed.

November 18, 2025                                  _____/s/_____
                                                                  Stephanie A. Gallagher
                                                                  United States District Judge