**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND NORTHERN DIVISION**

GK PARANDHAMAIA and JAN
PARANDHAMAIA,

          Plaintiffs,

          v.

SMITH FARM HOLDINGS, LLC and
STEVEN G. SMITH,

          Defendants.

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

CIVIL ACTION No. 1:25-cv-02691-SAG

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \* \* \*

**<u>MOTION FOR LEAVE TO AMEND COMPLAINT</u>**

COME NOW Plaintiffs, GK and Jan Parandhamaia, by and through their attorney, Adam D. Greivell, Esq., and file this MOTION FOR LEAVE TO AMEND COMPLAINT, and for reasons state:

1. Plaintiffs' Complaint was filed in state court.  It was removed to this Court by Defendants on or about August 14, 2025, who also  moved to dismiss (ECF 9).

2. Plaintiffs moved for remand (ECF 12), and, on Nov. 3, 2025, this Court denied remand (ECF 16), and directed Plaintiffs to respond to the Motion to Dismiss within 14 days.

3. Plaintiffs filed, on Nov. 17, 2025, an Opposition to the Motion to Dismiss (ECF 18), intending to amend the Complaint to supersede the original Complaint in a manner that "fully addressed, eliminated, and/or mooted" "[a]ny and all asserted deficiencies raised by the Defendants in their Motion to Dismiss."

4. Plaintiffs contemporaneously submitted for filing therewith a First Amended Complaint (ECF 17), addressing substantive defects asserted by the Defendants, eliminating one claim, adding six new claims, and addressing conduct that had not yet occurred prior to the filing of the original complaint, or the motion to dismiss.

THE
GREIVELL
FIRM

5 Cornell Avenue
Hagerstown, MD 21742
(240) 528-8150
www.gfirm.us

Page 1 of 4

5. Regretfully, through the sole oversight of the undersigned counsel (and not in any way due to any neglect of the Plaintiffs, themselves), the Amended Complaint was submitted without requesting or obtaining leave, as required by Fed. R. Civ. P. 15(a)[1].

6. On Nov. 18, 2025, the Clerk advised (ECF 19) that a "[m]otion for leave to file amended complaint is required," and this Court issued an Order (ECF 20), striking the Amended Complaint from the docket and granting the motion to dismiss without prejudice.

7. The Court, by the same Order, has graciously afforded Plaintiffs fourteen days to file a motion pursuant to Fed. R. Civ. P. 15(a)(2) seeking leave to amend the complaint.

8. Plaintiffs now so move, and offer the following in support.

9. Filed herewith as exhibits are a copy of the proposed First Amended Complaint and comparison copy.

10. The major changes in the proposed First Amended Complaint are summarized in the table, below.

| Count | Original Complaint | Count | First Amended Complaint |
|---|---|---|---|
| I | Breach of Contract (Lease Agreement) | I | Breach of Contract (Lease Agreement) |
| II | Invasion of Privacy (Intrusion Upon Seclusion) | II | Invasion of Privacy (Intrusion Upon Seclusion) |
| III | Intentional Infliction of Emotional Distress | [ x ] | [withdrawn] |
| IV | Nuisance | III | Nuisance |
| V | Trespass to Land | IV | Trespass to Land |
| VI | Retaliatory Eviction | V | Retaliatory Eviction |

THE
GREIVELL
FIRM

5 Cornell Avenue
Hagerstown, MD 21742
(240) 528-8150
www.gfirm.us

---

[1] Undersigned counsel incorrectly submitted the amendment as if Plaintiffs had the right to unilaterally amend without leave.  Fed. R. Civ. P. 15(a)(1) permits a party to "amend its pleading once as a matter of course," but, "no later than," as relevant here, "21 days after service of a motion under Rule 12(b)".

Otherwise, "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." *Id.*, at 15(a)(2).

| | | VI | Civil Conspiracy (Breach of Lease) |
|---|---|---|---|
| | | VII | Civil Conspiracy (Retaliatory Eviction |
| | | VIII | Permanent Injunction (Removal of Cameras) |
| | | IX | Permanent Injunction (Removal of Fencing) |
| | | X | Declaratory Judgment and Equitable Relief (Extension of Lease Term) |

11. Counts VI thru X of the First Amended Complaint are new, and additional substantive and detailed allegations have been included to support both the new and remaining original counts.

12. Further, the factual allegations have been updated to include recent and ongoing conduct, and to reflect the recent developments in Maryland criminal law regarding the expanded protections against visual surveillance on residences under Criminal Law Article, § 3-803, which have become effective October 1, 2025.

13. Pursuant to Local Rule 103(6)(d), undersigned counsel has requested Defendants' counsel's consent to the amendment sought, which consent has been declined.

14. Plaintiffs offer the proposed amendments in good faith, and submit that leave to amend will improve the case's procedural posture and enable the parties to more squarely address the substantive merits of the controversies between them.

15. Undersigned counsel apologizes to the Court and the parties for the additional burden that has accompanied the undersigned's neglect to confirm the time limitations on Plaintiffs' unqualified right of amendment under Fed. R. Civ. P. 15(a)(1). Undersigned counsel acknowledges that he owes a higher duty.

16. For the foregoing reasons, Plaintiffs, GK Parandhamaia and Jan Parandhamaia, respectfully request that this Honorable Court grant leave to file the First Amended

THE
GREIVELL
FIRM

5 Cornell Avenue
Hagerstown, MD 21742
(240) 528-8150
www.gfirm.us

Complaint, and, in light of the superseding amendment and for the reasons set forth in Plaintiff's opposition (ECF 18), to contemporaneously deny the Defendants' motion to dismiss as moot without prejudice to the Defendants' ability to seek dismissal of the superseding complaint.

Respectfully submitted,

Dated: December 1, 2025              */s/ Adam D. Greivell*_____
                                     Adam D. Greivell, Esquire
                                     (MD Bar No. 28917)
                                     **The Greivell Firm**
                                     5 Cornell Avenue
                                     Hagerstown, MD 21742
                                     (240) 528-8150
                                     adam@gfirm.us
                                     Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that I reviewed the Court's CM/ECF system, and it reports that on December 1, 2025, an electronic copy of the foregoing Motion for Leave to Amend Complaint will be served electronically by the Court's CM/ECF system on the following:

Tracey B. Eberling (tracey.eberling@steptoe-johnson.com)
Nicholas L. Fiske (nick.fiske@steptoe-johnson.com)
Joseph R. Lewis, III (joseph.lewis@steptoe-johnson.com)

*/s/ Adam D. Greivell*_____
Adam D. Greivell, Esquire

THE
GREIVELL
FIRM

5 Cornell Avenue
Hagerstown, MD 21742
(240) 528-8150
www.gfirm.us