**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

GK PARANDHAMAIA and JAN        *
PARANDHAMAIA,        *
       *
         Plaintiffs,        *     CIVIL ACTION No. 1:25-cv-02691-SAG
       *
       *
     v.        *
       *
SMITH FARM HOLDINGS, LLC and        *
STEVEN G. SMITH,        *
       *
         Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \* \* \* \*

**ORDER**

Having read and considered Plaintiffs' Motion for Leave to Amend Complaint, and any opposition thereto, it is hereby:

ORDERED, that the Plaintiffs' Motion for Leave to Amend Complaint is GRANTED; and it is further

ORDERED, that the proposed First Amended Complaint attached to the said motion be accepted and docketed as the Plaintiffs' First Amended Complaint; and it is further

ORDERED, that Defendants' Motion to Dismiss (ECF 9) is denied as moot, without prejudice to Defendants' ability to seek dismissal of the First Amended Complaint.

                                     **IT IS SO ORDERED.**

_____            _____
**Date**                                   **Hon. Stephanie A. Gallagher**
                                          **United States District Judge**