**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **GK PARANDHAMAIA,** *et al.* | * | |
| | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | **Civil Case No.: SAG-25-02691** |
| **v.** | * | |
| | * | |
| **SMITH FARM HOLDINGS, LLC,** *et al.* | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \*

**<u>ORDER</u>**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED

that Plaintiffs' Motion for Leave to File Amended Complaint, ECF 21, is GRANTED.

Dated: February 25, 2026

_____/s/_____
Stephanie A. Gallagher
United States District Judge