**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| GK  PARANDHAMAIA  and  JAN  PARANDHAMAIA, | ) | CIVIL ACTION |
| | ) | |
| | ) | No. 1:25-cv-02691-SAG |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SMITH  FARM  HOLDINGS,  LLC  and  STEVEN G. SMITH, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, on this ___ day of _____, 2026, upon consideration of the Motion

to Dismiss filed by Defendants, Smith Farm Holdings, LLC and Steven G. Smith, and any response

thereto, it is hereby ORDERED and DECREED that the Motion to Dismiss is GRANTED.

Plaintiffs' Amended Complaint [ECF 25] is accordingly dismissed in its entirety, with prejudice.

BY THE COURT:


_____J.

30260064.1