# EXHIBIT
# C

E-SERVED Garrett Circuit Court 7/17/2024 11:31 AM System SystemEnvelope:17244974

E-FILED; Garrett Circuit Court
Docket: 7/17/2024 9:46 AM; Submission: 7/17/2024 9:46 AM
Envelope: 17268236

### IN THE CIRCUIT COURT FOR GARRETT COUNTY, MARYLAND

|  |  |
|---|---|
| GK PARANDHAMAIA, *et ux.* | * |
| Plaintiffs | * |
| v. | * CASE NO. C-11-CV-23-000070 |
|  | * C-11-CV-22-000109 |
| SMITH FARM HOLDINGS, LLC | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### <u>ORDER DENYING MOTION FOR SANCTIONS</u>

Having read and considered Defendant's Motion for Sanctions,  and the Opposition filed thereto, it is hereby ORDERED that the Motion for Sanctions is DENIED, with prejudice.

<u>17th of July, 2024</u>
Date

_____
Judge, Circuit Court
Judge W. Timothy Finan
for Garrett County, Maryland