

# Maryland Judiciary Case Search & Record Portal

👤 Sign In / Register

**NOTICE: For existing Odyssey Portal users, before your first login here, please watch the video titled - "Training Video for New Maryland Judiciary Case Search & Record Portal" at** E-filing -

Go Back Now

## Case Detail

### Case Information

| | |
|---|---|
| Court System: | **District Court For Garrett County - Civil** |
| Location: | **Garrett** |
| Case Number: | **D-122-CV-22-007273** |
| Case Title: | **GK Parandhamaia et al. vs. Smith Farm Holdings, LLC** |
| Case Type: | **Rent Escrow** |
| Filing Date: | **10/21/2022** |
| Case Status: | **Appealed** |

### Other Reference Numbers

Forwarded to Circuit Court:  **C-11-CV-22-000109**

### Involved Parties Information

#### Defendant Information

| | |
|---|---|
| Name: | **Smith Farm Holdings, LLC** |
| Address: | **2417 Bittinger Road** |
| City: **Swanton** | State: **MD**     ZIP Code: **21561** |

#### Attorney(s) for the Defendant

| | |
|---|---|
| Name: | **ALDERSON, ROBERT ALAN** |

Appearance Date:       **11/30/2022**
Address Line 1:        **ALDERSON & HEAVENER, PA**
Address Line 2:        **100 S LIBERTY ST**
City: **CUMBERLAND**      State: **MD**      ZIP Code: **21501-0360**

Plaintiff

Name:           **Parandhamaia, GK**
Address:        **2440 Bittinger Road**
City: **Swanton**      State: **MD**      ZIP Code: **21561**

Attorney(s) for the Plaintiff

Name:             **PHILLIPS, ARNOLD FRED**
Appearance Date:   **10/21/2022**
Address Line 1:    **25254B Garrett Hwy**
City: **McHenry**      State: **MD**      ZIP Code: **21541**

Plaintiff

Name:           **Parandhamaia, Jan**
Address:        **2440 Bittinger Road**
City: **Swanton**      State: **MD**      ZIP Code: **21561**

Attorney(s) for the Plaintiff

Name:             **PHILLIPS, ARNOLD FRED**
Appearance Date:   **10/21/2022**
Address Line 1:    **25254B Garrett Hwy**
City: **McHenry**      State: **MD**      ZIP Code: **21541**

Appellant

Name:             **Smith Farm Holdings, LLC**

Address:        **2417 Bittinger Road**
City: **Swanton**      State: **MD**      ZIP Code: **21561**

Attorney(s) for the Appellant

Name:                **ALDERSON, ROBERT ALAN**
Appearance Date:     **11/30/2022**
Address Line 1:      **ALDERSON & HEAVENER, PA**
Address Line 2:      **100 S LIBERTY ST**
City: **CUMBERLAND**      State: **MD**      ZIP Code: **21501-0360**

Appellee

Name:                **Parandhamaia, GK**
Address:             **2440 Bittinger Road**
City: **Swanton**      State: **MD**      ZIP Code: **21561**

Attorney(s) for the Appellee

Name:                **PHILLIPS, ARNOLD FRED**
Appearance Date:     **10/21/2022**
Address Line 1:      **25254B Garrett Hwy**
City: **McHenry**      State: **MD**      ZIP Code: **21541**

Appellee

Name:                **Parandhamaia, Jan**
Address:             **2440 Bittinger Road**
City: **Swanton**      State: **MD**      ZIP Code: **21561**

Attorney(s) for the Appellee

Name:                **PHILLIPS, ARNOLD FRED**
Appearance Date:     **10/21/2022**
Address Line 1:      **25254B Garrett Hwy**

City: **McHenry**     State: **MD**     ZIP Code: **21541**

Resident Agent

Name:          **Gregory, Esquire, Justin**
Address:       **Resident Agent for Smith Farms Holdings, LLC**
               **500 Thayer Center**
City: **Oakland**     State: **MD**     ZIP Code: **21550**

## Court Scheduling Information

| Event Type | Event Date | Event Time | Judge | Court Location |
|---|---|---|---|---|
| **Trial - Special Proceeding** | **11/17/2022** | **01:00 PM** | **Bean, Erich** | **Garrett District** |

## Judgment Information

### LandLord Tenants

## Original Judgment

| | |
|---|---|
| Judgment Event Type: | **Trial Judgment - Against Defendant** |
| Judgment For: | **Parandhamaia, GK,Parandhamaia, Jan** |
| Possession: | **No** |
| Costs? | **No** |
| Stay Upon Filling Bond? | **No** |
| Monetary Judgment? | **No** |

| | |
|---|---|
| Judgment Event Type: | **Trial Judgment - Against Defendant** |
| Issue Date: | **11/17/2022** |

## Docket Entries

File Date: **10/21/2022**

Docket Entry Name: **Supporting Exhibit**

File Date: **10/21/2022**

Docket Entry Name: **Complaint / Petition - Landlord Tenant**

File Date: **10/21/2022**

Docket Entry Name: **Supporting Exhibit**

File Date: **10/21/2022**

Docket Entry Name: **Supporting Exhibit**

File Date: **10/21/2022**

Docket Entry Name: **Attorney Appearance Filed**

File Date: **10/21/2022**

Docket Entry Name: **Supporting Document**

File Date: **10/24/2022**

Docket Entry Name: **Request for Service (Real Property / Escrow)**

File Date: **10/24/2022**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **10/24/2022**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **10/24/2022**

Docket Entry Name: **Return of Service - Served**

File Date: **11/02/2022**

Docket Entry Name: **Motion / Request for Remote Proceeding / Appear Remotely**

File Date: **11/02/2022**

Docket Entry Name: **Order - Motion/Request/Petition Denied**

File Date: **11/15/2022**

Docket Entry Name: **Returned/Undeliverable Mail**

File Date: **11/17/2022**

Docket Entry Name: **KEYPOINT**

File Date: **11/17/2022**

Docket Entry Name: **Trial Docket Sheet**

File Date: **11/30/2022**

Docket Entry Name: **Intention to Defend**

File Date: **12/13/2022**

Docket Entry Name: **Notice of Appeal to Circuit Court Filed**

File Date: **12/13/2022**

Docket Entry Name: **Request for Check**

File Date: **08/08/2023**

Docket Entry Name: **Transcript or Audio Recording Requested**

File Date: **08/08/2023**

Docket Entry Name: **Certificate of Recording**

File Date: **09/06/2023**

Docket Entry Name: **Hearing Sheet**

## Service Information

| Service Type | Issue Date |
| --- | --- |
| Return of Service | 10/24/2022 |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Copyright © 2026. Maryland Judiciary. All rights reserved. I Environment: PROD I Version: 1.0