

# Maryland Judiciary Case Search & Record Portal

 Sign In / Register

NOTICE: For existing Odyssey Portal users, before your first login here, please watch the video titled - "Training Video for New Maryland Judiciary Case Search & Record Portal" at E-filing -

Go Back Now

## Case Detail

### Case Information

| | |
|---|---|
| Court System: | **Circuit Court For Garrett County - Civil** |
| Location: | **Garrett Circuit Court** |
| Case Number: | **C-11-CV-22-000109** |
| Case Title: | **GK Parandhamaia et al. vs. Smith Farm Holdings, LLC** |
| Case Type: | **Rent Escrow** |
| Filing Date: | **12/13/2022** |
| Case Status: | **Closed** |

### Other Reference Numbers

| | |
|---|---|
| Related Case: | **C-11-CV-25-000054** |
| Consolidated: | **C-11-CV-23-000070** |
| Case Appealed: | **ACM-REG-1790-2023** |
| Forwarded to Circuit Court: | **D-122-CV-22-007273** |

### Involved Parties Information

#### Defendant Information

| | |
|---|---|
| Name: | **Smith Farm Holdings, LLC** |
| Address: | **2417 Bittinger Road** |
| City: **Swanton** | State: **MD**     ZIP Code: **21561** |

Attorney(s) for the Defendant

Name:                **ALDERSON, ROBERT ALAN**
Appearance Date:     **12/13/2022**
Removal Date:        **06/20/2023**
Address Line 1:      **ALDERSON & HEAVENER, PA**
Address Line 2:      **100 S LIBERTY ST**
City: **CUMBERLAND**     State: **MD**     ZIP Code: **21501-0360**

Name:                **EBERLING, TRACEY B**
Appearance Date:     **06/20/2023**
Removal Date:        **08/28/2023**
Address Line 1:      **1250 Edwin Miller Blvd., Suite 300**
City: **Martinsburg**     State: **WV**     ZIP Code: **25404**

Name:                **Swaim, Kelsey Lynn**
Appearance Date:     **06/20/2023**
Removal Date:        **08/28/2023**
Address Line 1:      **1250 Edwin Miller Blvd**
Address Line 2:      **Suite 300**
City: **MARTINSBURG**     State: **WV**     ZIP Code: **25404**

Name:                **WINIK, ALAN LEE**
Appearance Date:     **08/02/2023**
Address Line 1:      **19 NORTH COURT STREET SUITE 101**
City: **FREDERICK**     State: **MD**     ZIP Code: **21701**

Name:                **Fiske, Nicholas L. ESQ**
Appearance Date:     **08/30/2023**
Address Line 1:      **Steptoe & Johnson PLLC**
Address Line 2:      **500 Grant Street, Suite 4940**
City: **PITTSBURGH**     State: **PA**     ZIP Code: **15219**

Name:                **POOLE, DAVID**
Appearance Date:     **09/05/2023**
Address Line 1:      **29 W FRANKLIN ST**
City: **HAGERSTOWN**     State: **MD**     ZIP Code: **21740**

Plaintiff

Name:    **Parandhamaia, GK**

Address:    **2440 Bittinger Road**

City: **Swanton**    State: **MD**    ZIP Code: **21561**

Attorney(s) for the Plaintiff

Name:    **PHILLIPS, ARNOLD FRED**

Appearance Date:    **12/13/2022**

Address Line 1:    **25254B Garrett Hwy**

City: **McHenry**    State: **MD**    ZIP Code: **21541**

Counter Plaintiff

Name:    **Smith Farm Holdings, LLC**

Address:    **2417 Bittinger Road**

City: **Swanton**    State: **MD**    ZIP Code: **21561**

Attorney(s) for the Counter Plaintiff

Name:    **ALDERSON, ROBERT ALAN**

Appearance Date:    **12/13/2022**

Removal Date:    **06/20/2023**

Address Line 1:    **ALDERSON & HEAVENER, PA**

Address Line 2:    **100 S LIBERTY ST**

City: **CUMBERLAND**    State: **MD**    ZIP Code: **21501-0360**

Name:    **EBERLING, TRACEY B**

Appearance Date:    **06/20/2023**

Removal Date:    **08/28/2023**

Address Line 1:    **1250 Edwin Miller Blvd., Suite 300**

City: **Martinsburg**    State: **WV**    ZIP Code: **25404**

Name:    **Swaim, Kelsey Lynn**

Appearance Date:    **06/20/2023**

Removal Date:    **08/28/2023**

Address Line 1:    **1250 Edwin Miller Blvd**

Address Line 2:    **Suite 300**

City: **MARTINSBURG**        State: **WV**        ZIP Code: **25404**

Name:                    **WINIK, ALAN LEE**
Appearance Date:    **08/02/2023**
Address Line 1:       **19 NORTH COURT STREET SUITE 101**
City: **FREDERICK**        State: **MD**        ZIP Code: **21701**

Name:                    **Fiske, Nicholas L. ESQ**
Appearance Date:    **08/30/2023**
Address Line 1:       **Steptoe & Johnson PLLC**
Address Line 2:       **500 Grant Street, Suite 4940**
City: **PITTSBURGH**        State: **PA**        ZIP Code: **15219**

Name:                    **POOLE, DAVID**
Appearance Date:    **09/05/2023**
Address Line 1:       **29 W FRANKLIN ST**
City: **HAGERSTOWN**        State: **MD**        ZIP Code: **21740**

Plaintiff

Name:                    **Parandhamaia, Jan**
Address:                **2440 Bittinger Road**
City: **Swanton**        State: **MD**        ZIP Code: **21561**

Attorney(s) for the Plaintiff

Name:                    **PHILLIPS, ARNOLD FRED**
Appearance Date:    **12/13/2022**
Address Line 1:       **25254B Garrett Hwy**
City: **McHenry**        State: **MD**        ZIP Code: **21541**

Appellant

Name:                    **Smith Farm Holdings, LLC**
Address:                **2417 Bittinger Road**
City: **Swanton**        State: **MD**        ZIP Code: **21561**

## Attorney(s) for the Appellant

Name: **ALDERSON, ROBERT ALAN**
Appearance Date: **12/13/2022**
Removal Date: **06/20/2023**
Address Line 1: **ALDERSON & HEAVENER, PA**
Address Line 2: **100 S LIBERTY ST**
City: **CUMBERLAND**    State: **MD**    ZIP Code: **21501-0360**

Name: **EBERLING, TRACEY B**
Appearance Date: **06/20/2023**
Removal Date: **08/28/2023**
Address Line 1: **1250 Edwin Miller Blvd., Suite 300**
City: **Martinsburg**    State: **WV**    ZIP Code: **25404**

Name: **Swaim, Kelsey Lynn**
Appearance Date: **06/20/2023**
Removal Date: **08/28/2023**
Address Line 1: **1250 Edwin Miller Blvd**
Address Line 2: **Suite 300**
City: **MARTINSBURG**    State: **WV**    ZIP Code: **25404**

Name: **WINIK, ALAN LEE**
Appearance Date: **08/02/2023**
Address Line 1: **19 NORTH COURT STREET SUITE 101**
City: **FREDERICK**    State: **MD**    ZIP Code: **21701**

Name: **Fiske, Nicholas L. ESQ**
Appearance Date: **08/30/2023**
Address Line 1: **Steptoe & Johnson PLLC**
Address Line 2: **500 Grant Street, Suite 4940**
City: **PITTSBURGH**    State: **PA**    ZIP Code: **15219**

Name: **POOLE, DAVID**
Appearance Date: **09/05/2023**
Address Line 1: **29 W FRANKLIN ST**
City: **HAGERSTOWN**    State: **MD**    ZIP Code: **21740**

## Appellee

Name:           **Parandhamaia, GK**
Address:       **2440 Bittinger Road**
City: **Swanton**     State: **MD**     ZIP Code: **21561**

Attorney(s) for the Appellee

Name:           **PHILLIPS, ARNOLD FRED**
Appearance Date:    **12/13/2022**
Address Line 1:     **25254B Garrett Hwy**
City: **McHenry**     State: **MD**     ZIP Code: **21541**

Appellee

Name:           **Parandhamaia, Jan**
Address:       **2440 Bittinger Road**
City: **Swanton**     State: **MD**     ZIP Code: **21561**

Attorney(s) for the Appellee

Name:           **PHILLIPS, ARNOLD FRED**
Appearance Date:    **12/13/2022**
Address Line 1:     **25254B Garrett Hwy**
City: **McHenry**     State: **MD**     ZIP Code: **21541**

Counter Defendant

Name:           **Parandhamaia, GK**
Address:       **2440 Bittinger Road**
City: **Swanton**     State: **MD**     ZIP Code: **21561**

Attorney(s) for the Counter Defendant

Name:           **PHILLIPS, ARNOLD FRED**
Appearance Date:    **12/13/2022**
Address Line 1:     **25254B Garrett Hwy**

City: **McHenry**        State: **MD**        ZIP Code: **21541**

Counter Defendant

Name:                **Parandhamaia, Jan**
Address:             **2440 Bittinger Road**
City: **Swanton**        State: **MD**        ZIP Code: **21561**

Attorney(s) for the Counter Defendant

Name:                **PHILLIPS, ARNOLD FRED**
Appearance Date:     **12/13/2022**
Address Line 1:      **25254B Garrett Hwy**
City: **McHenry**        State: **MD**        ZIP Code: **21541**

## Court Scheduling Information

| Event Type | Event Date | Event Time | Judge | Court |
|---|---|---|---|---|
| **Trial - De Novo Appeal** | **05/01/2023** | **09:00 AM** | **Sharer, James Frederick** | **Garre** |
| **Trial - De Novo Appeal** | **09/05/2023** | **09:00 AM** | **Finan, W. Timothy** | **Garre** |
| **Trial - De Novo Appeal** | **09/25/2023** | **09:30 AM** | **Finan, W. Timothy** | **Garre** |
| **Trial - Court** | **10/04/2023** | **01:00 PM** | **Gregory, Justin** | **Garre** |

## Docket Entries

File Date:  **10/21/2022**
Docket Entry Name:  **Complaint / Petition - Landlord Tenant**

File Date:  **10/21/2022**
Docket Entry Name:  **Supporting Exhibit**

File Date: **10/21/2022**

Docket Entry Name: **Supporting Exhibit**

File Date: **10/21/2022**

Docket Entry Name: **Supporting Exhibit**

File Date: **10/21/2022**

Docket Entry Name: **Attorney Appearance Filed**

File Date: **10/21/2022**

Docket Entry Name: **Supporting Document**

File Date: **10/24/2022**

Docket Entry Name: **Return of Service - Served**

File Date: **10/24/2022**

Docket Entry Name: **Request for Service (Real Property / Escrow)**

File Date: **10/24/2022**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **10/24/2022**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **11/02/2022**

Docket Entry Name: **Motion / Request for Remote Proceeding / Appear Remotely**

File Date: **11/02/2022**

Docket Entry Name: **Order - Motion/Request/Petition Denied**

File Date: **11/15/2022**

Docket Entry Name: **Returned/Undeliverable Mail**

File Date:  **11/17/2022**

Docket Entry Name:  **KEYPOINT**

File Date:  **11/17/2022**

Docket Entry Name:  **Trial Docket Sheet**

File Date:  **11/30/2022**

Docket Entry Name:  **Intention to Defend**

File Date:  **12/13/2022**

Docket Entry Name:  **Appeal from District Court**

File Date:  **12/13/2022**

Docket Entry Name:  **Notice of Appeal to Circuit Court Filed**

File Date:  **12/13/2022**

Docket Entry Name:  **Request for Check**

File Date:  **12/13/2022**

Docket Entry Name:  **Notice of De Novo Appeal Issued**

File Date:  **12/14/2022**

Docket Entry Name:  **District Court Transmittal Received**

File Date:  **12/28/2022**

Docket Entry Name:  **Invoice**

File Date:  **01/17/2023**

Docket Entry Name:  **Hearing or Trial Scheduled**

File Date: **02/02/2023**

Docket Entry Name: **Order**

File Date: **02/02/2023**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **02/17/2023**

Docket Entry Name: **Motion / Request - To Continue / Postpone**

File Date: **02/28/2023**

Docket Entry Name: **Order**

File Date: **02/28/2023**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **03/08/2023**

Docket Entry Name: **Hearing or Trial Scheduled**

File Date: **03/15/2023**

Docket Entry Name: **Notice of Subpoena Issued**

File Date: **04/13/2023**

Docket Entry Name: **Motion - Consolidate**

File Date: **05/04/2023**

Docket Entry Name: **Order**

File Date: **05/04/2023**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **05/04/2023**

Docket Entry Name: **Answer**

File Date:  **06/20/2023**

Docket Entry Name:  **Motion/Request/Notice - Strike/Withdraw Appearance**

File Date:  **07/26/2023**

Docket Entry Name:  **Motion / Request - For Special Admission of Attorney**

File Date:  **08/02/2023**

Docket Entry Name:  **Attorney Appearance - $10 Fee**

File Date:  **08/02/2023**

Docket Entry Name:  **Counter Complaint / Claim**

File Date:  **08/02/2023**

Docket Entry Name:  **Supporting Exhibit**

File Date:  **08/02/2023**

Docket Entry Name:  **Supporting Exhibit**

File Date:  **08/02/2023**

Docket Entry Name:  **Supporting Exhibit**

File Date:  **08/02/2023**

Docket Entry Name:  **Certificate Regarding Discovery**

File Date:  **08/07/2023**

Docket Entry Name:  **Motion**

File Date:  **08/23/2023**

Docket Entry Name:  **Motion for Ex Parte**

File Date: **08/23/2023**

Docket Entry Name: **Affidavit**

File Date: **08/23/2023**

Docket Entry Name: **Supporting Exhibit**

File Date: **08/23/2023**

Docket Entry Name: **Supporting Exhibit**

File Date: **08/28/2023**

Docket Entry Name: **Line**

File Date: **08/29/2023**

Docket Entry Name: **Order**

File Date: **08/29/2023**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **08/29/2023**

Docket Entry Name: **Answer to Motion**

File Date: **09/01/2023**

Docket Entry Name: **Certificate Regarding Discovery**

File Date: **09/01/2023**

Docket Entry Name: **Certificate Regarding Discovery**

File Date: **09/04/2023**

Docket Entry Name: **Attorney Appearance - $10 Fee**

File Date: **09/06/2023**

Docket Entry Name: **Hearing Sheet**

File Date:  **09/06/2023**

Docket Entry Name:  **Hearing or Trial Scheduled**

File Date:  **09/06/2023**

Docket Entry Name:  **Exhibits / Records Returned**

File Date:  **09/06/2023**

Docket Entry Name:  **Exhibits / Records Returned**

File Date:  **09/14/2023**

Docket Entry Name:  **Transcript or Audio Recording Requested**

File Date:  **09/21/2023**

Docket Entry Name:  **Motion - Postponement/Continuance**

File Date:  **09/26/2023**

Docket Entry Name:  **Hearing or Trial Scheduled**

File Date:  **10/04/2023**

Docket Entry Name:  **Order**

File Date:  **10/04/2023**

Docket Entry Name:  **Writ /Summons/Pleading - Electronic Service**

File Date:  **10/04/2023**

Docket Entry Name:  **Hearing Sheet**

File Date:  **10/13/2023**

Docket Entry Name:  **Exhibits / Records Returned**

File Date: **10/13/2023**

Docket Entry Name: **Exhibits / Records Returned**

File Date: **10/13/2023**

Docket Entry Name: **Memorandum**

File Date: **10/13/2023**

Docket Entry Name: **Order**

File Date: **10/13/2023**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **10/13/2023**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **06/21/2024**

Docket Entry Name: **Motion for Sanctions**

File Date: **06/21/2024**

Docket Entry Name: **Supporting Exhibit**

File Date: **06/21/2024**

Docket Entry Name: **Supporting Exhibit**

File Date: **06/21/2024**

Docket Entry Name: **Supporting Exhibit**

File Date: **06/21/2024**

Docket Entry Name: **Supporting Exhibit**

File Date: **07/11/2024**

Docket Entry Name: **Opposition**

File Date: **07/17/2024**

Docket Entry Name: **Order**

File Date: **07/17/2024**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **04/11/2025**

Docket Entry Name: **Motion / Petition - Attorney/Counsel Fees**

File Date: **04/11/2025**

Docket Entry Name: **Supporting Exhibit**

File Date: **04/11/2025**

Docket Entry Name: **Supporting Exhibit**

File Date: **04/11/2025**

Docket Entry Name: **Supporting Exhibit**

File Date: **04/11/2025**

Docket Entry Name: **Supporting Exhibit**

File Date: **04/11/2025**

Docket Entry Name: **Supporting Exhibit**

File Date: **04/11/2025**

Docket Entry Name: **Supporting Exhibit**

File Date: **04/11/2025**

Docket Entry Name: **Supporting Exhibit**

File Date: **04/11/2025**

Docket Entry Name: **Supporting Exhibit**

File Date: **04/11/2025**

Docket Entry Name: **Supporting Exhibit**

File Date: **04/11/2025**

Docket Entry Name: **Supporting Document**

File Date: **04/11/2025**

Docket Entry Name: **Supporting Exhibit**

File Date: **04/28/2025**

Docket Entry Name: **Motion / Request - To Dismiss**

File Date: **05/13/2025**

Docket Entry Name: **Order**

File Date: **05/13/2025**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **06/04/2025**

Docket Entry Name: **Order**

File Date: **06/04/2025**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on*

*access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Copyright © 2026. Maryland Judiciary. All rights reserved. I Environment: PROD I Version: 1.0