

# Maryland Judiciary Case Search & Record Portal



Sign In / Register

**NOTICE: For existing Odyssey Portal users, before your first login here, please watch the video titled - "Training Video for New Maryland Judiciary Case Search & Record Portal" at** E-filing -

## Go Back Now

## Case Detail

### Case Information

| | |
|---|---|
| Court System: | **Circuit Court For Garrett County - Civil** |
| Location: | **Garrett Circuit Court** |
| Case Number: | **C-11-CV-23-000070** |
| Case Title: | **GK & Jan Parandhamaia vs. Smith Farm Holdings, LLC** |
| Case Type: | **Contract - Breach** |
| Filing Date: | **04/13/2023** |
| Case Status: | **Closed** |

### Other Reference Numbers

| | |
|---|---|
| Related Case: | **C-11-CV-25-000054** |
| Consolidated: | **C-11-CV-22-000109** |
| Case Appealed: | **ACM-REG-1790-2023** |

### Involved Parties Information

#### Defendant Information

| | |
|---|---|
| Name: | **Smith Farm Holdings, LLC** |
| Address: | **1570 Bonita Lane** |
| City: **Naples** | State: **FL**    ZIP Code: **34102-1517** |

Attorney(s) for the Defendant

Name: **ALDERSON, ROBERT ALAN**
Appearance Date: **12/13/2022**
Removal Date: **06/20/2023**
Address Line 1: **ALDERSON & HEAVENER, PA**
Address Line 2: **100 S LIBERTY ST**
City: **CUMBERLAND**    State: **MD**    ZIP Code: **21501-0360**

Name: **EBERLING, TRACEY B**
Appearance Date: **06/20/2023**
Removal Date: **08/28/2023**
Address Line 1: **1250 Edwin Miller Blvd., Suite 300**
City: **Martinsburg**    State: **WV**    ZIP Code: **25404**

Name: **Swaim, Kelsey Lynn**
Appearance Date: **06/20/2023**
Removal Date: **08/28/2023**
Address Line 1: **1250 Edwin Miller Blvd**
Address Line 2: **Suite 300**
City: **MARTINSBURG**    State: **WV**    ZIP Code: **25404**

Name: **WINIK, ALAN LEE**
Appearance Date: **08/02/2023**
Removal Date: **04/26/2025**
Address Line 1: **19 NORTH COURT STREET SUITE 101**
City: **FREDERICK**    State: **MD**    ZIP Code: **21701**

Name: **Fiske, Nicholas L. ESQ**
Appearance Date: **08/30/2023**
Removal Date: **04/26/2025**
Address Line 1: **Steptoe & Johnson PLLC**
Address Line 2: **500 Grant Street, Suite 4940**
City: **PITTSBURGH**    State: **PA**    ZIP Code: **15219**

Name: **POOLE, DAVID**
Appearance Date: **09/05/2023**
Removal Date: **04/26/2025**
Address Line 1: **29 W FRANKLIN ST**
City: **HAGERSTOWN**    State: **MD**    ZIP Code: **21740**

## Plaintiff

Name: **Parandhamaia, GK & Jan**
Address: **2440 Bittinger Road**
City: **Swanton**    State: **MD**    ZIP Code: **21561**

## Attorney(s) for the Plaintiff

Name: **PHILLIPS, ARNOLD FRED**
Appearance Date: **04/13/2023**
Removal Date: **04/26/2025**
Address Line 1: **25254B Garrett Hwy**
City: **McHenry**    State: **MD**    ZIP Code: **21541**

Name: **GREIVELL, ADAM DANIEL**
Appearance Date: **11/13/2023**
Removal Date: **04/26/2025**
Address Line 1: **The Greivell Firm**
Address Line 2: **5 Cornell Avenue**
City: **HAGERSTOWN**    State: **MD**    ZIP Code: **21742**

## Counter Plaintiff

Name: **Smith Farm Holdings, LLC**
Address: **1570 Bonita Lane**
City: **Naples**    State: **FL**    ZIP Code: **34102-1517**

## Attorney(s) for the Counter Plaintiff

Name: **ALDERSON, ROBERT ALAN**
Appearance Date: **12/13/2022**
Removal Date: **06/20/2023**
Address Line 1: **ALDERSON & HEAVENER, PA**
Address Line 2: **100 S LIBERTY ST**
City: **CUMBERLAND**    State: **MD**    ZIP Code: **21501-0360**

Name:                **EBERLING, TRACEY B**
Appearance Date:     **06/20/2023**
Removal Date:        **08/28/2023**
Address Line 1:      **1250 Edwin Miller Blvd., Suite 300**
City: **Martinsburg**    State: **WV**    ZIP Code: **25404**

Name:                **Swaim, Kelsey Lynn**
Appearance Date:     **06/20/2023**
Removal Date:        **08/28/2023**
Address Line 1:      **1250 Edwin Miller Blvd**
Address Line 2:      **Suite 300**
City: **MARTINSBURG**    State: **WV**    ZIP Code: **25404**

Name:                **WINIK, ALAN LEE**
Appearance Date:     **08/02/2023**
Removal Date:        **04/26/2025**
Address Line 1:      **19 NORTH COURT STREET SUITE 101**
City: **FREDERICK**    State: **MD**    ZIP Code: **21701**

Name:                **Fiske, Nicholas L. ESQ**
Appearance Date:     **08/30/2023**
Removal Date:        **04/26/2025**
Address Line 1:      **Steptoe & Johnson PLLC**
Address Line 2:      **500 Grant Street, Suite 4940**
City: **PITTSBURGH**    State: **PA**    ZIP Code: **15219**

Name:                **POOLE, DAVID**
Appearance Date:     **09/05/2023**
Removal Date:        **04/26/2025**
Address Line 1:      **29 W FRANKLIN ST**
City: **HAGERSTOWN**    State: **MD**    ZIP Code: **21740**

Counter Defendant

Name:        **Parandhamaia, GK & Jan**
Address:     **2440 Bittinger Road**
City: **Swanton**    State: **MD**    ZIP Code: **21561**

Attorney(s) for the Counter Defendant

Name:                    **PHILLIPS, ARNOLD FRED**
Appearance Date:         **04/13/2023**
Removal Date:            **04/26/2025**
Address Line 1:          **25254B Garrett Hwy**
City: **McHenry**        State: **MD**      ZIP Code: **21541**

Name:                    **GREIVELL, ADAM DANIEL**
Appearance Date:         **11/13/2023**
Removal Date:            **04/26/2025**
Address Line 1:          **The Greivell Firm**
Address Line 2:          **5 Cornell Avenue**
City: **HAGERSTOWN**     State: **MD**      ZIP Code: **21742**

## Court Scheduling Information

| Event Type | Event Date | Event Time | Judge | Court Locati |
|---|---|---|---|---|
| **Trial - Court** | **09/05/2023** | **09:00 AM** | **Finan, W. Timothy** | **Garrett Cou** |
| **Trial - De Novo Appeal** | **09/25/2023** | **09:30 AM** | **Finan, W. Timothy** | **Garrett Cou** |
| **Trial - Court** | **10/04/2023** | **01:00 PM** | **Gregory, Justin** | **Garrett Cou** |

## Judgment Information

Judgment Event Type:     **Final Judgment / Decree / Order**
Judge:                   **Finan, W. Timothy**
Issue Date:              **10/13/2023**

## Docket Entries

File Date:  **04/13/2023**
Docket Entry Name:  **Case Information Report Filed**

File Date: **04/13/2023**

Docket Entry Name: **Attorney Appearance - $10 Fee**

File Date: **04/13/2023**

Docket Entry Name: **Complaint / Petition**

File Date: **04/13/2023**

Docket Entry Name: **Supporting Exhibit**

File Date: **04/13/2023**

Docket Entry Name: **Supporting Exhibit**

File Date: **04/13/2023**

Docket Entry Name: **Motion**

File Date: **04/13/2023**

Docket Entry Name: **Summons Issued (Service Event)**

File Date: **04/13/2023**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **04/17/2023**

Docket Entry Name: **Order**

File Date: **04/17/2023**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **05/04/2023**

Docket Entry Name: **Order**

File Date: **05/04/2023**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **05/04/2023**

Docket Entry Name: **Answer**

File Date: **06/20/2023**

Docket Entry Name: **Motion/Request/Notice - Strike/Withdraw Appearance**

File Date: **07/26/2023**

Docket Entry Name: **Motion / Request - For Special Admission of Attorney**

File Date: **08/02/2023**

Docket Entry Name: **Attorney Appearance - $10 Fee**

File Date: **08/02/2023**

Docket Entry Name: **Counter Complaint / Claim**

File Date: **08/02/2023**

Docket Entry Name: **Supporting Exhibit**

File Date: **08/02/2023**

Docket Entry Name: **Supporting Exhibit**

File Date: **08/02/2023**

Docket Entry Name: **Supporting Exhibit**

File Date: **08/02/2023**

Docket Entry Name: **Certificate Regarding Discovery**

File Date: **08/07/2023**

Docket Entry Name: **Motion**

File Date:  **08/23/2023**

Docket Entry Name:  **Motion for Ex Parte**

File Date:  **08/23/2023**

Docket Entry Name:  **Affidavit**

File Date:  **08/23/2023**

Docket Entry Name:  **Supporting Exhibit**

File Date:  **08/23/2023**

Docket Entry Name:  **Supporting Exhibit**

File Date:  **08/28/2023**

Docket Entry Name:  **Line**

File Date:  **08/29/2023**

Docket Entry Name:  **Order**

File Date:  **08/29/2023**

Docket Entry Name:  **Writ /Summons/Pleading - Electronic Service**

File Date:  **08/29/2023**

Docket Entry Name:  **Answer to Motion**

File Date:  **09/01/2023**

Docket Entry Name:  **Certificate Regarding Discovery**

File Date:  **09/01/2023**

Docket Entry Name:  **Certificate Regarding Discovery**

File Date: **09/04/2023**

Docket Entry Name: **Attorney Appearance - $10 Fee**

File Date: **09/06/2023**

Docket Entry Name: **Hearing or Trial Scheduled**

File Date: **09/06/2023**

Docket Entry Name: **Hearing Sheet**

File Date: **09/06/2023**

Docket Entry Name: **Hearing or Trial Scheduled**

File Date: **09/06/2023**

Docket Entry Name: **Exhibits / Records Returned**

File Date: **09/06/2023**

Docket Entry Name: **Exhibits / Records Returned**

File Date: **09/14/2023**

Docket Entry Name: **Transcript or Audio Recording Requested**

File Date: **09/21/2023**

Docket Entry Name: **Motion / Request - To Continue / Postpone**

File Date: **10/04/2023**

Docket Entry Name: **Order**

File Date: **10/04/2023**

Docket Entry Name: **Hearing Sheet**

File Date: **10/13/2023**

Docket Entry Name: **Exhibits / Records Returned**

File Date: **10/13/2023**

Docket Entry Name: **Exhibits / Records Returned**

File Date: **10/13/2023**

Docket Entry Name: **Memorandum**

File Date: **10/13/2023**

Docket Entry Name: **Order**

File Date: **11/12/2023**

Docket Entry Name: **Notice of Appeal to ACM**

File Date: **11/12/2023**

Docket Entry Name: **Civil Information Report - Appeal to ACM**

File Date: **11/12/2023**

Docket Entry Name: **Supporting Document**

File Date: **11/12/2023**

Docket Entry Name: **Supporting Document**

File Date: **12/14/2023**

Docket Entry Name: **Order to Proceed**

File Date: **02/05/2024**

Docket Entry Name: **Transcript**

File Date: **02/05/2024**

Docket Entry Name: **Transcript**

File Date: **02/05/2024**

Docket Entry Name: **Transcript Cost Sheet**

File Date: **02/08/2024**

Docket Entry Name: **Certification**

File Date: **02/08/2024**

Docket Entry Name: **Original Record Sent**

File Date: **06/21/2024**

Docket Entry Name: **Motion for Sanctions**

File Date: **06/21/2024**

Docket Entry Name: **Supporting Exhibit**

File Date: **06/21/2024**

Docket Entry Name: **Supporting Exhibit**

File Date: **06/21/2024**

Docket Entry Name: **Supporting Exhibit**

File Date: **06/21/2024**

Docket Entry Name: **Supporting Exhibit**

File Date: **07/11/2024**

Docket Entry Name: **Opposition**

File Date: **07/17/2024**

Docket Entry Name: **Order**

File Date: **07/17/2024**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **03/13/2025**

Docket Entry Name: **Notice Filed**

File Date: **03/17/2025**

Docket Entry Name: **Mandate & Statement of Costs**

File Date: **04/11/2025**

Docket Entry Name: **Motion / Petition - Attorney/Counsel Fees**

File Date: **04/11/2025**

Docket Entry Name: **Supporting Exhibit**

File Date: **04/11/2025**

Docket Entry Name: **Supporting Exhibit**

File Date: **04/11/2025**

Docket Entry Name: **Supporting Exhibit**

File Date: **04/11/2025**

Docket Entry Name: **Supporting Exhibit**

File Date: **04/11/2025**

Docket Entry Name: **Supporting Exhibit**

File Date: **04/11/2025**

Docket Entry Name: **Supporting Exhibit**

File Date: **04/11/2025**

Docket Entry Name: **Supporting Exhibit**

File Date: **04/11/2025**

Docket Entry Name: **Supporting Exhibit**

File Date: **04/11/2025**

Docket Entry Name: **Supporting Exhibit**

File Date: **04/11/2025**

Docket Entry Name: **Supporting Exhibit**

File Date: **04/11/2025**

Docket Entry Name: **Supporting Exhibit**

File Date: **04/11/2025**

Docket Entry Name: **Supporting Exhibit**

File Date: **04/28/2025**

Docket Entry Name: **Motion / Request - To Dismiss**

File Date: **05/13/2025**

Docket Entry Name: **Order**

File Date: **05/13/2025**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **06/02/2025**

Docket Entry Name: **Answer**

File Date: **06/02/2025**

Docket Entry Name: **Supporting Exhibit**

File Date: **06/04/2025**

Docket Entry Name: **Order**

File Date:  **06/04/2025**

Docket Entry Name:  **Writ /Summons/Pleading - Electronic Service**

## Service Information

| Service Type | Issue Date |
| --- | --- |
| Summons Issued | 04/13/2023 |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Copyright © 2026. Maryland Judiciary. All rights reserved. I Environment: PROD I Version: 1.0