

# Maryland Judiciary Case Search & Record Portal



**Sign In / Register**

**NOTICE: For existing Odyssey Portal users, before your first login here, please watch the video titled - "Training Video for New Maryland Judiciary Case Search & Record Portal" at** E-filing -

[Go Back Now](#)

## Case Detail

### Case Information

| | |
|---|---|
| Court System: | **Appellate Court of Maryland** |
| Case Number: | **ACM-REG-1790-2023** |
| Case Title: | **GK & Jan Parandhamaia v. Smith Farm Holdings, LLC** |
| Case Type: | **Appeal of Civil Case** |
| Filing Date: | **11/15/2023** |
| Case Status: | **Closed** |

### Other Reference Numbers

| | |
|---|---|
| Case Appealed: | **C-11-CV-23-000070** |
| Case Appealed: | **C-11-CV-22-000109** |

### Involved Parties Information

**Appellant**

| | |
|---|---|
| Name: | **Parandhamaia, GK & Jan** |
| Address: | **2440 Bittinger Road** |
| City: **Swanton** | State: **MD**    ZIP Code: **21561** |

**Attorney(s) for the Appellant**

| | |
|---|---|
| Name: | **GREIVELL, ADAM DANIEL** |

Appearance Date: **11/15/2023**
Address Line 1: **The Greivell Firm**
Address Line 2: **5 Cornell Avenue**
City: **HAGERSTOWN**     State: **MD**    ZIP Code: **21742**

Appellee

Name: **Smith Farm Holdings, LLC**
Address: **1570 Bonita Lane**
City: **Naples**     State: **FL**    ZIP Code: **34102-1517**

Attorney(s) for the Appellee

Name: **WINIK, ALAN LEE**
Appearance Date: **11/15/2023**
Address Line 1: **19 NORTH COURT STREET SUITE 101**
City: **FREDERICK**     State: **MD**    ZIP Code: **21701**

Name: **Fiske, Nicholas L. ESQ**
Appearance Date: **04/23/2024**
Address Line 1: **Steptoe & Johnson PLLC**
Address Line 2: **500 Grant Street, Suite 4940**
City: **PITTSBURGH**     State: **PA**    ZIP Code: **15219**

Name: **POOLE, DAVID**
Appearance Date: **04/23/2024**
Address Line 1: **29 W FRANKLIN ST**
City: **HAGERSTOWN**     State: **MD**    ZIP Code: **21740**

## Court Scheduling Information

| Event Type | Event Date | Event Time | Court Location | Court Ro |
|---|---|---|---|---|
| Session Month | 10/01/2024 | 09:00 AM | Appellate Court of Maryland | |
| Oral Argument | 10/01/2024 | 09:00 AM | Appellate Court of Maryland | Court Ro |
| Oral Argument | 10/03/2024 | 09:00 AM | Appellate Court of Maryland | Court Ro |

## Judgment Information

Judgment Event Type:     **Voluntary Dismissal**
Issue Date:              **03/17/2025**
Comment:                 **Voluntary Dismissal of Appeal by Appellant.**

## Docket Entries

File Date: **11/12/2023**
Docket Entry Name: **Notice of Appeal - Civil**

File Date: **11/12/2023**
Docket Entry Name: **Civil Information Report - Appeal to ACM**

File Date: **11/15/2023**
Docket Entry Name: **Correspondence**

File Date: **12/14/2023**
Docket Entry Name: **Order to Proceed**

File Date: **02/08/2024**
Docket Entry Name: **Record Received**

File Date: **02/12/2024**

Docket Entry Name: **Appellant Filing Fee Verified**

File Date: **02/12/2024**

Docket Entry Name: **Briefing Notice**

File Date: **03/25/2024**

Docket Entry Name: **Record Extract**

File Date: **03/25/2024**

Docket Entry Name: **Record Extract**

File Date: **03/25/2024**

Docket Entry Name: **Record Extract**

File Date: **03/25/2024**

Docket Entry Name: **Record Extract**

File Date: **03/25/2024**

Docket Entry Name: **Appellant Brief**

File Date: **04/24/2024**

Docket Entry Name: **Appellee Brief**

File Date: **05/14/2024**

Docket Entry Name: **Reply Brief**

File Date: **06/20/2024**

Docket Entry Name: **Correspondence**

File Date: **06/26/2024**

Docket Entry Name: **Correspondence**

File Date: **08/21/2024**

Docket Entry Name: **Scheduling Notice**

File Date: **03/13/2025**

Docket Entry Name: **Notice of Voluntary Dismissal**

File Date: **03/17/2025**

Docket Entry Name: **Mandate**

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Copyright © 2026. Maryland Judiciary. All rights reserved. I Environment: PROD I Version: 1.0