# EXHIBIT
# C

Real Property Data Search ( )
Search Result for GARRETT COUNTY

| View Map | View GroundRent Redemption | View GroundRent Registration |
|---|---|---|

Special Tax Recapture: None

Account Identifier: District - 01 Account Number - 002813

## Owner Information

| | | | |
|---|---|---|---|
| Owner Name: | PARANDHAMAIA GK<br>PARANDHAMAIA JAN | Use:<br>Principal Residence: | RESIDENTIAL<br>NO |
| Mailing Address: | PO BOX 142<br>SWANTON MD 21561- | Deed Reference: | /02513/ 00350 |

## Location & Structure Information

| | | | |
|---|---|---|---|
| Premises Address: | 5405 GLENDALE RD<br>SWANTON 21561- | Legal Description: | 3.24 AC<br>TRACT 2 SECT C<br>MEADOW MTN TRAILS |

| Map: | Grid: | Parcel: | Neighborhood: | Subdivision: | Section: | Block: | Lot: | Assessment Year: | Plat No: | A 59 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0051 | 0018 | 0044 | 1010028.12 | 0680 | C | | 0002 | 2022 | Plat Ref: | 0002/ 0154 |

Town: None

| Primary Structure Built | Above Grade Living Area | Finished Basement Area | Property Land Area | County Use |
|---|---|---|---|---|
| 1991 | 2,594 SF | | 3.2400 AC | |

| Stories | Basement | Type | Exterior | Quality | Full/Half Bath | Garage | Last Notice of Major Improvements |
|---|---|---|---|---|---|---|---|
| 2 | YES | STANDARD UNIT | FRAME/ | 4 | 2 full/ 1 half | 1 Attached | |

## Value Information

| | Base Value | Value | Phase-in Assessments | |
|---|---|---|---|---|
| | | As of<br>01/01/2022 | As of<br>07/01/2023 | As of<br>07/01/2024 |
| Land: | 32,200 | 32,400 | | |
| Improvements | 202,400 | 230,400 | | |
| Total: | 234,600 | 262,800 | 253,400 | 262,800 |
| Preferential Land: | 0 | 0 | | |

## Transfer Information

| | | |
|---|---|---|
| Seller: HINEBAUGH JOHN E & CAROL A | Date: 09/20/2023 | Price: $380,000 |
| Type: ARMS LENGTH IMPROVED | Deed1: /02513/ 00350 | Deed2: |
| Seller: ORTH, CHARLES A & JANET M | Date: 04/17/1990 | Price: $15,000 |
| Type: ARMS LENGTH IMPROVED | Deed1: /00546/ 00334 | Deed2: |
| Seller: | Date: | Price: |
| Type: | Deed1: | Deed2: |

## Exemption Information

| Partial Exempt Assessments: | Class | 07/01/2023 | 07/01/2024 |
|---|---|---|---|
| County: | 000 | 0.00 | |
| State: | 000 | 0.00 | |
| Municipal: | 000 | 0.00|0.00 | 0.00|0.00 |

Special Tax Recapture: None

## Homestead Application Information

Homestead Application Status: No Application

## Homeowners' Tax Credit Application Information

Homeowners' Tax Credit Application Status: No Application          Date:

GARRETT COUNTY CIRCUIT COURT (Land Records) WLB 2513, p. 0350, MSA_CE87_2516. Date available 09/25/2023. Printed 11/13/2023.

CRAIG INGRAM ATTORNEY AT LAW OAKLAND, MARYLAND 21550

```
LR - Deed (w Taxes)
Recording Fee - ALL
                20.00
Name:
Hinebaugh/Parandhamaia
Ref: Ingram
LR - County Transfer
Tax - linked  3,800.00
LR - Surcharge - linked
                40.00
LR - Recordation Tax -
linked        2,660.00
LR - State Transfer Tax
- linked      1,900.00
LR - NR Tax - lkd  0.00
=======================
SubTotal:     8,420.00
=======================
Total:        8,500.00
09/20/2023  12:33
              CC11-PP
#17572570 CC0402 -
Garrett
County/CC04.02.01 -
Register 01
```

**This Deed**, Made this **14** day of September, 2023, by and between Carol A. Hinebaugh, by Stephanie Kay Welch, her attorney in fact, Grantor, and GK Parandhamaia and Jan Parandhamaia, husband and wife, Grantees.

**Witnesseth**, That in consideration of the sum of THREE HUNDRED EIGHTY THOUSAND DOLLARS ($380,000.00), which amount is certified and affirmed by the Grantor as the actual consideration, the receipt whereof is hereby acknowledged, the Grantor does hereby grant and convey the following property unto the Grantees to be held as set forth below.

All that parcel of land situate in Election District No. 1, Garrett County, Maryland, which is described as follows:

All that property designated as Tract No. 2 containing 3.244 acres, in Section C, on a plat entitles "Section C & D" of Meadow Mountain Trails and recorded October 23, 1979 in Plat Book No. 2, page 154, one of the Plat Records of Garrett County.

**Subject To** a reservation of all oil and gas in and under the surface of said lands and all the rights of ownership therein as set forth in deed recorded in Liber No. 405, folio 180.

**Subject To** covenants and restrictions recorded in Liber No. 380, folio 309, one of the Land Records of Garrett County, Maryland.

**Being** the same property that was conveyed to the Grantor from Charles A. Orth and Janet M. Orth, husband and wife, by deed dated March 14, 1990, and recorded in Liber No. 546, folio 334, one of the Land Records of Garrett County, Maryland. John E. Hinebaugh's interest in said property passed by operation of law to Carol A. Hinebaugh as the surviving tenant by the entirety.

**Together** with the buildings and improvements thereon and the rights, roads, ways, waters, privileges and appurtenances thereunto belonging or in anywise appertaining.

**To Have And To Hold** the above granted property with all and singular the appurtenances thereto unto the said GK Parandhamaia and Jan Parandhamaia, husband and wife, as tenants by the entirety, their heirs and assigns, forever in fee simple.

The said Grantor covenants that she will warrant specially the property hereby conveyed and that she will execute such other and further assurances of said land as may be requisite.

GARRETT COUNTY CIRCUIT COURT (Land Records) WLB 2513, p. 0351, MSA_CE87_2516. Date available 09/25/2023. Printed 11/13/2023.

CRAIG INGRAM ATTORNEY AT LAW OAKLAND, MARYLAND 21550

Witness the hand and seal of the Grantor the day and year first above written.

Witness:

*Carol A. Hinebaugh by Stephanie Kay Welch, her attorney in fact* (SEAL)

Carol A. Hinebaugh by Stephanie Kay Welch, her attorney in fact

**State of Maryland, Garrett County**, to-wit:

On this ___ day of September, 2023, before me, the undersigned officer, personally appeared Carol A. Hinebaugh, by Stephanie Kay Welch  her attorney in fact satisfactorily proven to me to be the person whose name is subscribed to the within instrument, and as such and being so authorized, acknowledged the aforegoing deed to be her act.

_____
Notary Public
My commission expires:

This is to certify that the within instrument was prepared by or under the supervision of the undersigned Maryland attorney.

_____
Craig Ingram

**ALL TAXES PAID TO DATE**

SEP 1 8 2023

COLLECTIONS OFFICE

BOOK: 2513  PAGE: 352

**Agents Certification as to the Validity of Power of Attorney and Agents Authority**

**State of Maryland, Garrett County**, to-wit:

County of Garrett:

I (Stephanie Kay Welch) certify under penalty of perjury that (Carol A. Hinebaugh) granted me authority as an agent or successor agent in a power of attorney dated (10/12/2015). I further certify that to my knowledge:

The principal is alive and has not revoked the power of attorney or my authority to act under the power of attorney and the power of attorney and my authority to act under the power of attorney have not terminated. My Father, John E. Hinebaugh, is deceased.

9-14.23

**Date**

**Signature and Acknowledgment**

Stephanie Kay Welch

Stephanie Kay Welch

760-889-5831

Agent's telephone number

**State of Maryland, Garrett County**, to-wit:

This document was acknowledged before me on ___14___ day of __Sept__, 2023, by (Agent).

Notary Public

My commission expires.

BOOK: 2513 PAGE: 353

| MARYLAND FORM WH-AR | Certification of Exemption from Withholding Upon Disposition of Maryland Real Estate Affidavit of Residence or Principal Residence | 2023 |

Based on the certification below, Transferor claims exemption from the tax withholding requirements of §10-912 of the Tax-General Article, Annotated Code of Maryland. Section 10-912 provides that certain tax payments must be withheld and paid when a deed or other instrument that effects a change in ownership of real property is presented for recordation. The requirements of §10-912 do not apply when a transferor provides a certification of Maryland residence or certification that the transferred property is the transferor's principal residence.

**1.  Transferor Information**

Name of Transferor  Carol A. Hinebaugh

**2.  Description of Property** (Street address.  If no address is available, include county, district, subdistrict and lot numbers).
5405 Glendale Road

**3.  Reasons for Exemption**

**Resident Status**  ☑  As of the date this form is signed, I, Transferor, am a resident of the State of Maryland.

☐  Transferor is a resident entity as defined in Code of Maryland Regulations (COMAR)03.04.12.02B(11), I am an agent of Transferor, and I have authority to sign this document on Transferor's behalf.

**Principal Residence**  ☐  Although I am no longer a resident of the State of Maryland, the Property is my principal residence as defined in IRC 121 (principal residence for 2 (two) of the last 5 (five) years) and is currently recorded as such with the State Department of Assessments and Taxation.

Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct, and complete.

**3a.  Individual Transferors**

_____
Witness

Stephanie Kay Welch, AIF     9-14.23
Name                              **Date

x _Carol A Hinebaugh by Stephanie Kay Welch,_
  Signature
  her attorney in fact

**3b.  Entity Transferors**

_____
Witness/Attest

_____
Name of Entity

_____
By

_____        _____
Name                              **Date

_____
Title

**\*\* Form must be dated to be valid.**

**Note:** Form is only valid if it was executed on the date the Property was transferred and is properly recorded with the Clerk of the Court.

**To the Clerk of the Court:** Only an un-altered Form WH-AR should be considered a valid certification for purposes of Section 10-912.

01/22

GARRETT COUNTY CIRCUIT COURT (Land Records) WLB 2513, p. 0353, MSA_CE87_2516. Date available 09/25/2023. Printed 11/13/2023.

BOOK: 2513 PAGE: 354

# State of Maryland Land Instrument Intake

[  ] Baltimore City    [ X ] County: GARRETT

*Information provided is for the use of the Clerk's Office and State Department of Assessments and Taxation, and the County Finance Office only.*
(Type or Print in Black Ink Only—All Copies Must Be Legible)

**1  Type(s) of Instruments**  ([  ] Check Box if Addendum Intake Form is Attached.)

| | | |
|---|---|---|
| Deed | Mortgage | Other ____ | Other ____ |
| Deed of Trust | Lease | | |

**2  Conveyance Type Check Box**

| Improved Sale Arms-Length *[1]* | Unimproved Sale Arms-Length *[2]* | Multiple Arms Length *[3]* | Not an Arms-Length Sale *[9]* |
|---|---|---|---|

**3  Tax Exemptions** (if Applicable) Cite or Explain Authority

| Recordation | |
|---|---|
| State Transfer | |
| County Transfer | |

**4  Consideration and Tax Calculations**

| Consideration Amount | | Finance Office Use Only | |
|---|---|---|---|
| | | **Transfer and Recordation Tax Consideration** | |
| Purchase Price/Consideration | $ 380,000.00 | | |
| Any New Mortgage | $ | Transfer Tax Consideration | $ |
| Balance of Existing Mortgage | $ | X ( )% = | $ |
| Other: | $ | Less Exemption Amount - | $ |
| | | Total Transfer Tax = | $ |
| Other: | $ | Recordation Tax Consideration | $ |
| | | X ( ) per $500 = | $ |
| Full Cash Value | $ | TOTAL DUE | $ |

**5  Fees**

| Amount of Fees | Doc. 1 | Doc. 2 | Agent: |
|---|---|---|---|
| Recording Charge | $ 20.00 | $ | |
| Surcharge | $ 40.00 | $ | Tax Bill: |
| State Recordation Tax | $ 2660.00 | $ | |
| State Transfer Tax | $ 1900.00 | $ | C.B. Credit: |
| County Transfer Tax | $ 3800.00 | $ | |
| Other | $ | $ | Ag. Tax/Other: |
| Other | $ | $ | no a-g |

**6  Description of Property**

SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).

| District | Property Tax ID | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|
| 1 | 1-002813 | 546/334 | 51 | 44 | [ ] (5) |

| Subdivision Name | Lot (3a) | Block(3 | Sect/AR(3c | Plat Ref. | SqFt/Acreage(4) |
|---|---|---|---|---|---|
| Meadow Mountain Trails | | | C | 0002/0154 | 3.24 AC |

Location/Address of Property Being Conveyed (2)
5405 Glendale Road, Swanton, MD 21561

| Other Property Identifiers (if applicable) | Water Meter Account No. |
|---|---|
| | |

Residential [ X ] or Non-Resid. [  ]    Fee Simple [ X ] or Ground Rent [  ]    Amount:

Partial Conveyance? [  ] Yes [ X ] No    Description/Amt. of SqFt/Acreage Transferred:

If Partial Conveyance, List Improvements Conveyed:

**7  Transferred From**

| Doc. 1 - Grantor(s) Name(s) | Doc. 2 - Grantor(s) Name(s) |
|---|---|
| Carol A Hinebaugh, by Stephanie Kay Welch, her attorney in fact | |
| **Doc. 1 - Owner(s) of Record, if Different from** | **Doc. 2 - Owner(s) of Record, if Different from Grantor(s)** |
| | |

**8  Transferred To**

| Doc. 1 - Grantee(s) Name(s) | Doc. 2 - Grantee(s) Name(s) |
|---|---|
| GK Parandhamaia and Jan Parandhamaia | |

New Owner's (Grantee) Mailing Address
PO Box 142, Swanton, MD 21561

**9  Other Names to Be Indexed**

| Doc. 1 - Additional Names to be Indexed (Optional) | Doc. 2 - Additional Names to be Indexed (Optional) |
|---|---|
| | |

**10  Contact/Mail Information**

| Instrument Submitted By or Contact Person | [ X ] Return to Contact Person |
|---|---|
| Name: Craig Ingram | |
| Firm: Attorney at Law | [  ] Hold for Pickup |
| Address: 322 Alder Street | |
| Oakland, MD 21550    Phone: 301-334-3724 | [  ] Return Address Provided |

**11  IMPORTANT:** *BOTH* THE ORIGINAL DEED *AND* A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER

| Assessment Information | Yes [ X ] No | Will the property being conveyed be the grantee's principal residence? |
|---|---|---|
| | Yes [ X ] No | Does transfer include personal property? If yes, identify: ____ |
| | Yes [ X ] No | Was property surveyed? If yes, attach copy of survey (if recorded, no copy |

Assessment Use Only - Do Not Write Below This Line

[  ] Terminal Verification    [  ] Agricultural Verification    [  ] Whole    [  ] Part    [  ] Tran. Process Verification

| Transfer Number: | Date Received: | Deed Reference: | Assigned Property No.: | | |
|---|---|---|---|---|---|
| Year 19 | 19 | Geo. | Map | Sub | Block |
| Land | | Zoning | Grid | Plat | Lot |
| Buildings | | Use | Parcel | Section | Occ. Cd. |
| Total | | Town Cd. | Ex. St. | Ex. Cd. | |

REMARKS:

40.00
20.00
2660.00
1900.00
3800.00
8420.00