**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)**

| | | |
|---|---|---|
| **GK PARANDHAMAIA,** *et al.* | * | |
| *Plaintiffs*, | * | |
| v. | * | **Case No.: 1:25-cv-02691-SAG** |
| **SMITH FARM HOLDINGS, LLC,** *et al.* | * | |
| *Defendants.* | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**NOTICE OF ENTRY OF APPEARANCE OF COUNSEL**

Please enter the appearance of Jonathan P. Kagan, Michael J. Marinello, and Veronica J. Mina, of Kagan Stern Marinello & Beard, LLC, on behalf of GK Parandhamaia and Jan Parandhamaia (collectively, "Plaintiffs"), in the above-captioned matter pursuant to L.R. 101.1(a), in addition to current counsel, Adam D. Grievell, Esquire.

Date:  July 10, 2026                        Respectfully submitted,

*/s/ Jonathan P. Kagan*
Jonathan P. Kagan (D. Md. Bar No. 23181)
kagan@kaganstern.com

*/s/ Michael J. Marinello*
Michael J. Marinello (D. Md. Bar No. 18490)
marinello@kaganstern.com

*/s/ Veronica J. Mina*
Veronica J. Mina (D. Md. Bar No. 30472)
mina@kaganstern.com
KAGAN STERN MARINELLO & BEARD, LLC
238 West Street
Annapolis, Maryland 21401
Phone:        (410) 216-7900
Facsimile:    (410) 705-0836
*Counsel for Plaintiffs*
*GK Parandhamaia and Jan Parandhamaia*

Page 1 of 2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 10th day of July, 2026, a copy of the foregoing Notice of Entry of Appearance of Counsel for Plaintiffs was filed and served via the CM/ECF filing system, on the following:

>Tracey B. Eberling (MD Fed. Bar ID 11393)
>Steptoe & Johnson PLLC
>1250 Edwin Miller Blvd, Suite 300
>Martinsburg, WV 25404
>(O): 304.263.6991
>Email: tracey.eberling@steptoe-johnson.com
>
>Nicholas L. Fiske*
>Pennsylvania Bar No. 309696
>Email: nick.fiske@steptoe-johnson.com
>
>Joseph R. Lewis III*
>Pennsylvania Bar No. 328830
>Email: joseph.lewis@steptoe-johnson.com
>
>**STEPTOE & JOHNSON PLLC**
>One PPG Place, Suite 3300
>Pittsburgh, Pennsylvania 15222
>Telephone: 412-504-8010
>Fax: 412-504-8011
>*Admitted Pro Hac Vice*
>
>*Counsel for Defendants*
>*Smith Farm Holdings, LLC and Steven G. Smith*

Date: July 10, 2026                    */s/ Veronica J. Mina*
                                       Veronica J. Mina (D. Md. Bar No. 30472)