**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**

| | | |
|---|---|---|
| **GK PARANDHAMAIA, *et al.*** | * | |
| ***Plaintiffs/Counter-Defendants*,** | * | |
| **v.** | * | **Case No.: 1:25-cv-02691-SAG** |
| **SMITH FARM HOLDINGS, LLC, *et al.*** | * | |
| ***Defendants/Counter-Plaintiffs*.** | * | |

* * * * * * * * * * * * *

**ORDER**

UPON REVIEW AND CONSIDERATION of Plaintiffs/Counter-Defendants GK Parandhamaia and Jan Parandhamaia's Motion to Dismiss the Counterclaim filed by Defendants/Counter-Plaintiffs Smith Farm Holdings, LLC and Steven G. Smith, and any responses and replies filed thereto as well as any hearing held on the matter, it is this ____ day of _______________, 2026, hereby:

**ORDERED**, that Plaintiffs/Counter-Defendants' Motion to Dismiss the Counterclaim is **GRANTED**; and it is further

**ORDERED**, that Count I for Abuse of Process, Count II for Wrongful Institution of Civil Proceedings (Malicious Use of Process), Count III for Wrongful Institution of Criminal Proceedings (Malicious Prosecution), Count IV for Intentional Infliction of Emotional Distress, Count V for Civil Conspiracy, Count VI for Breach of Contract, and Count VII for Improper Claim for Retaliatory Eviction are **DISMISSED, WITH PREJUDICE**.

____________________________
Stephanie A. Gallagher
United States District Judge