# EXHIBIT A

## ***General addendum:***

1. The Seller may lease the house on the 9.75 Acres +- for a period of 5 years for $1.00 per year. In exchange, Sellers agree to be reasonably available to provide advice on the historic operation and maintenance of the property as it is the goal of the buyer to preserve and continue the historic use. Occupancy of the main farmhouse shall coincide with the settlement date to be on or before September 1, 2022.

2. Agreed Seller uses after settlement:

- Seller may use the farmhouse with prior written notice and approval by the Buyer
- Seller may access the pond for walking, riding 4 wheelers and side by sides on an annual basis beginning on the day of settlement and extending in one-year periods.
- Seller may continue farming defined areas of the acreage on an annual basis that coincides with the growing and harvesting seasons. Seller shall have the right to harvest all 2022 plantings.
- Seller will retain the right of way to use access farm roads on property for their tractors
- Seller may access to use land for hunting (with prior notice, no specific time frames needed)

If Buyer wishes to end permission of the Sellers to continue use of any or all of the bulleted items listed above, Buyer will notify the seller in writing prior to September 1 of the year that they intend to discontinue extending permission by the Seller to use any or all of the bulleted items listed above.

3. Buyer may access the gated road as needed for side by side access from their current Swanton property.

4. ~~Seller shall provide Buyer any agreements they have in writing for the use and maintenance of the gated driveway access. Buyer will have 7 days of Contract acceptance to review and approve of this agreement. If buyer does not approve of the written agreement,~~

~~Buyer may void the contract. If Buyer has not voided the contract be the end of the 7th day, it is agreed that Buyer has accepted the agreement~~. Document provided 6-7-22 to buyer agent; written in neighbors deed

5. Parties acknowledge that the 2440 Bittinger Road, Swanton. MD 21561 property contains a total 9.75 acres +- , see TM 59 PAR 340 DB 1477 page 319.

6. Buyer acknowledges that he is aware of the following: modifications done to the septic field, as shown on Plat KLG 1, at Page 123 this is the 4 acre lot that includes the barn and house, agricultural easement in Liber 1501, Page# 499 to Page# 520) all of which are recorded among the Land Records of Garrett County, Maryland. Buyer represents that he/they have received a copy of said plat and said easements prior to the execution of this Agreement.

7. As required by law, Buyer and Seller, in writing, agree to notify Maryland department of Agriculture, change of ownership of a Preservation Easement (MALPF File# 11-08-10). Address Maryland Agricultural Land Preservation Foundation, 50 Harry S. Truman Parkway, Annapolis, Maryland 21401. Phone 410-841-5860

8. Buyer will negotiate with Jay Ferguson separately for the ability to erect and maintain a billboard on the property that Jay showed the buyer on 5/25/2022.

9. Following attachments:

a. Septic Easement

b. Plat 4.0 Acres

c. Mancusi Plat

d. Mancusi deed with language re: gate, access road

| | |
|---|---|
| *Steven G. Smith* | dotloop verified 06/08/22 6:30 PM EDT EIOK-EUMS-PBLD-HBAM |
| *Jan Parandhamaia Attorney in Fact for GK Parandhamaia* | dotloop verified 06/09/22 9:52 AM EDT VZL2-88N6-NHVM-B4BP |

*Jan Parandhamaia*