# EXHIBIT C

# DISTRICT COURT OF MARYLAND FOR GARRETT COUNTY

205 S. THIRD ST, OAKLAND, MD 21550
301-334-8020

Case No. D-122-CV-23-821744

**JAN PARANDHAMAIA vs STEVE SMITH**

**TEMPORARY PEACE ORDER**

After the appearance of the petitioner, petitioner's counsel, and

A. Considering the petition and evidence, the court finds reasonable grounds to believe that respondent within 30 days before the finding of the petition:

1. Has committed the following act(s) against the petitioner:

   trespass

2. And is likely to commit a prohibited act against the petitioner or the person for whom protection is sought in the future.

**The court ORDERS:**

1. Unless stated otherwise below, this order is effective through 09/11/2023.

2. The respondent SHALL NOT commit or threaten to commit any of the following acts against the petitioner or the person for whom protection is sought; an act which causes serious bodily harm; an act that places the petitioner or the person for whom protection is sought in fear of imminent serious bodily harm; assault; false imprisonment; harassment; stalking; trespass; malicious destruction of property; misuse of telephone facilities and equipment; misuse of electronic communication or interactive computer service; revenge porn; or visual surveillance.

3. Respondent SHALL NOT contact (in person, by telephone, in writing, or by any other means), attempt to contact the person for whom protection was sought.

4. Respondent SHALL NOT enter the residence of the person for whom protection was sought at 2440 BITTINGER RD, SWANTON, MD, 21561 or wherever they resides.
   (Residence includes yard, grounds, outbuildings, and common areas surrounding the dwelling)

5. This order supersedes and overrides any previously entered Interim Peace Order issued by a commissioner.

A FINAL PEACE ORDER HEARING SHALL BE HELD ON 09/11/2023, AT 10:30AM AT DISTRICT COURT AT 205 S. THIRD ST, OAKLAND, MD 21550 IN ROOM 01.

If the court is closed unexpectedly on the day this Temporary Peace Order expires, the order will remain in effect until the second day the court is open. The Final Peace Order hearing will be held at 10:30 AM.

NOTICE TO ALL PARTIES: Please bring all photos, documents and other evidence that you may have with you to court on your hearing date.

This temporary order which was issued on 08/21/2023 by Judge STEPHAN MARTIN MOYLAN is hereby extended for not more than 30 days until 09/11/2023 by Judge STEPHAN MARTIN MOYLAN.

| New Hearing Date | Judge | Date |
|---|---|---|
| 09/11/2023 | STEPHAN MARTIN MOYLAN | 08/28/2023 |

**All above terms and conditions issued by Judge STEPHAN MARTIN MOYLAN on 08/21/2023 are hereby extended until 09/11/2023.**

# DISTRICT COURT OF MARYLAND FOR GARRETT COUNTY

205 S. THIRD ST, OAKLAND, MD 21550
301-334-8020

Case No. D-122-CV-23-821744

**JAN PARANDHAMAIA vs STEVE SMITH**
**TEMPORARY PEACE ORDER**

08/28/2023

JUDGE STEPHAN MARTIN MOYLAN

0AZ
ID Number

## NOTICE TO RESPONDENT

**A Peace Order petition alleges that you have committed one or more prohibited acts. On the basis of the petition this Temporary Peace Order has been issued. Violation of this Temporary Peace Order may be a crime or contempt of court or both, and may result in criminal prosecution and imprisonment or fine or both.**

**In order to respond to the allegation(s) contained in the petition, you must appear in court at the Final Peace Order hearing on the date, time, and location indicated on page 1 of this Temporary Peace Order. If at the hearing the court finds by a preponderance of the evidence that a prohibited act occurred within 30 days before the filing of the petition, and is likely to occur in the future, the court may issue a Peace Order against you whether you appear or fail to appear, and may order all or part of the relief requested by the petitioner or granted in the Temporary Peace Order. A peace order (Interim, Temporary or Final) may order the respondent not to commit or threaten to commit a prohibited act; not to contact, attempt to contact, or harass the person for whom protection is sought; not to enter a residence of the person for whom protection is sought; and to stay away from any place of employment, school, or temporary residence of the person for whom protection is sought. A Final Peace Order may be effective for as long as six (6) months and can be extended an additional six (6) months for good cause, after notice to parties and a hearing.**

**If you fail to appear in court and a Final Peace Order is issued against you, you may be served by first class mail at your last known address with the Final Peace Order and all other notices concerning the Peace Order. The Peace Order will be valid and enforceable whether you are, or are not in court and whether you do, or do not actually receive it. You also may obtain a copy of the Peace Order from the District Court clerk. You must notify the court in writing of any change of address.**

## NOTICE TO ALL PARTIES

**Each party may be represented by an attorney at the Peace Order hearing. Due to the emergency nature of the hearing, however, the hearing may be held even if a party requests more time to obtain an attorney.**

**To request a foreign language interpreter or a reasonable accommodation under the Americans with Disabilities Act, please contact the court immediately. Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.**

If the court is closed on the day this Temporary Peace Order expires, the order will remain in effect until the second day the court is open. The Final Peace Order hearing will be held at 10:30 AM.



CC-DC-PO-002JO (Rev.03/2022)