# EXHIBIT D

# IN THE CIRCUIT COURT FOR GARRETT COUNTY, MARYLAND

CIR CT GARRETT CO, MD
2023 OCT 13 AM 11:38

**G K PARANDHAMAIA and JAN PARANDHAMAIA** :
Plaintiffs/Counter-Defendants

**vs.** :

**CASE NO. C-11-CV-22-109**
**CASE NO. C-11-CV-23-70**

**SMITH FARM HOLDINGS. LLC** :
Defendant/Counter-Plaintiff

## MEMORANDUM OPINION

This is a consolidated case that was tried by the Court to its conclusion October 4, 2023. The Court took the matter under advisement.

Originally, Plaintiffs (sometimes hereafter referred to as the Parandhamaias) sued the Defendants (sometimes hereafter referred to as Smith) in a rent escrow action and for breach of contract. The Defendants counterclaimed, alleging breach of contract and various torts -- trespass, nuisance, fraud, negligent misrepresentation, conversion -- and are seeking various remedies including monetary damages and injunctive and declaratory relief. The Court will recite facts and law sufficient to elucidate the basis for the Court's judgment.

## BACKGROUND

Plaintiffs are the prior owners of two parcels in Swanton, Maryland, that are the location of the instant dispute. Plaintiffs sold the contiguous parcels (2440 and 2714 Bittinger Road) to Smith on September 16, 2022. The parcel at 2440 Bittinger Road contains a small house and garage and is 9.75 acres; 2714 Bittinger Road is a farm house on 160 acres.

Plaintiffs are renting from Smith 2440 Bittinger Road pursuant to a residential five-year lease agreement dated July 21, 2022. Plaintiffs' Exhibit 1. Plaintiffs testified, and the Court believes their testimony, that the home's well failed in September, 2022. Further, the Court credits their testimony that the well previously supplied adequate water. After Plaintiffs moved in they notified Smith of the failure of the water system at 2440 Bittinger Road. Smith refuses to correct the water system, claiming Plaintiffs knew of any inadequacies with the well prior to selling Defendant 2440 Bittinger Road, and that the lease agreement in any case places responsibility for fixing the well on the Parandhamaias.

Because Smith would not fix the problems to the water service, Plaintiffs filed a complaint for rent escrow and injunction in the District Court for Garrett County. Plaintiffs do not at all care about withholding rent or paying their rent to the Court, as the rent is a nominal One Dollar ($1.00) per year. Rather, they asked the District Court (and now this Court) to order the landlord to fix the problem under Md. Code, *Real Property Article* §8-211.

After Plaintiffs prevailed in the District Court rent escrow case, Smith sought a de novo appeal and filed his own counterclaim. Smith's defense to the rent escrow claim is that it is the Parandhamaias' responsibility to supply water to the house at 2440 Bittinger Road, not Smith's. As to the Smith counterclaim, he alleges the Plaintiffs are only leasing the house and garage at 2440 Bittinger Road. He claims that Plaintiffs are unlawfully using the entire 9.75-acre parcel on which 2440 Bittinger sits. Smith does not consent to Plaintiffs farming or growing potatoes or storing personal property throughout the 9.75 acres, as they are doing.

**ANALYSIS**

The lease provides "The Landlord has no obligations to make any repairs to the premises whatsoever, for any reason". Residential Lease Agreement, paragraph 16. (Plaintiffs' Exhibit 1). The Court finds this is a prohibited lease provision. Maryland law implies a warranty of habitability exists in residential dwelling leases of this kind. Here, it was not effectively waived by the landlord or the tenant. Maryland law lays out examples of the covered issues which include "running water". Md. *Real Property* Code, §8-211(e). The lack of water was not caused by Plaintiffs' misfeasance or Plaintiffs' failure to pay a water bill, and the shifting of the repair obligation to Plaintiffs is unenforceable. They are entitled to relief under Maryland's rent escrow laws as the premises are not in a habitable condition without an operable well or other source of running water.

Turning to Smith's counterclaim, the Court finds his trespass claim meritorious. The portion of the property the Parandhamaias rented was the house and garage at 2440 Bittinger Road. Plaintiffs' Exhibit 1, paragraph 1.a. There is insufficient evidence the parties agreed Plaintiffs could access the entire 9.75 acreage. Thus, farming or storing equipment off the rented premises, i.e., the house and garage, constitutes a trespass.

The Court believes the parties have acted in good faith. Each side interprets the lease from a different perspective, subjectively believing they are right. The Court will not award any monetary damages and will simply combine the prayers of both parties into a single judgment

granting declaratory and injunctive relief (which both parties have sought), which should be sufficient to terminate the existing controversy.[1]

For the foregoing reasons, the Court will enter a judgment of even date herewith directing Smith to fix the water problem and declaring the Parandhamaias have rented only the house and garage at 2440 Bittinger Road.

Timothy Finan 10/13/2023

W. Timothy Finan, Judge

---

[1] The hearing in this case was scheduled for preliminary injunction but constituted a full adversary trial on the propriety of a final injunction. The parties consented to consolidate the preliminary injunction hearing with the trial on the merits. Md. Rule 15-505.

# IN THE CIRCUIT COURT FOR GARRETT COUNTY, MARYLAND

CIR CT GARRETT CO, MD
2023 OCT 13 AM 11:38

**G K PARANDHAMAIA and** :
**JAN PARANDHAMAIA**
Plaintiffs/Counter-Defendants

**CASE NO. C-11-CV-22-109**
**CASE NO. C-11-CV-23-70**

**vs.** :

**SMITH FARM HOLDINGS. LLC** :
Defendant/Counter-Plaintiff

## DECLARATORY JUDGMENT and ORDER

For the reasons stated in a Memorandum of even date, it is this 13th day of October, 2023, by the Circuit Court for Garrett County, hereby

**ORDERED, AJUDGED, and DECREED**, that the property rented by G K Parandhamaia and Jan Parandhamaia from Smith Farm Holdings, LLC, at 2440 Bittinger Road is limited to the house and garage and the curtilage area immediately surrounding the house; and it is further

**ORDERED, ADJUDGED, and DECREED**, that within the curtilage, the Parandhamaias may only conduct activities that relate to the domestic operations of the home; and it is further

**ORDERED, ADJUDGED, and DECREED**, that the Parandhamaias are not entitled to any other access, beyond the house and garage, other than for use of the driveway, to any other part of the parcel they sold to Smith Farm Holdings, LLC, at 2440 Bittinger Road or 2714 Bittinger Road; and it is further

**ORDERED,** that Smith Farm Holdings, LLC, shall provide running water to the premises located at 2440 Bittinger Road within sixty (60) days.

W. Timothy Finan, Judge