# EXHIBIT E

**IN THE DISTRICT COURT OF MARYLAND FOR GARRETT COUNTY**

**JAN PARANDHAMAIA** :
Petitioner :
vs. : **Case No. D-122-CV-23-818665**
**STEVE SMITH** :
Respondent :

* * * * * *

**TRANSCRIPT OF PROCEEDINGS**

Oakland, Maryland

Wednesday, July 5, 2023

* * * * * *

BEFORE:

**THE HONORABLE STEPHAN M. MOYLAN, Judge**

APPEARANCES:

**ROBERT ALLEN, ESQ.** on behalf of Petitioner

Q. Okay. And was that visible to anybody who would have driven up the driveway into your property?

A. Oh, yes.

Q. So whoever would have driven up into that dri -- into your driveway would have had to disregard that trespassing sign?

A. Correct.

MR. ALLEN: Okay. That's all I have. Thank you, Your Honor. I apologize.

THE COURT: All right. So, I'm going to put stalking, because I think this is -- after the appearance of the Petitioner and Petitioner's Counsel, and after considering the petition and the evidence, the Court finds reasonable grounds to believe that within 30 days before the filing of the Petition, the Respondent -- the Respondent committed the following acts against the Petitioner. I think stalking might be the more appropriate -- I checked off harassment. If Mr. Smith gets counsel, they might convince me it's not harassment, it's stalking, but it's -- harassment has a specific definition that if he had counsel, they might be able to convince me