# EXHIBIT G

# DISTRICT COURT OF MARYLAND FOR GARRETT COUNTY

205 S. THIRD ST, OAKLAND, MD 21550
301-334-8020

Case No. D-122-CV-23-821744

**JAN PARANDHAMAIA vs STEVE SMITH**

**ORDER OF DENIAL / DISMISSAL OF PETITION FOR PEACE ORDER**

After the appearance of the petitioner, petitioner's counsel, the court makes the following determination:

Petition is Dismissed

LACK OF SERVICE - EXCEEDED THE STATUTORY TIME LIMIT (30 DAYS)

09/21/2023

JUDGE STEPHAN MARTIN MOYLAN

0AZ
ID Number